UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF EITAM HENKIN, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 1:19-cv-01184-RCL |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) |
| *Defendants*. | ) |

## STATUS REPORT

Plaintiffs in the above-captioned matter, through counsel, provide the following Status Report in response to the Court's direction during a September 17, 2020 status conference, and per the Court's minute order docketed on the same day.

1. Plaintiffs are the estate of deceased U.S. national Eitam Henkin, the estate of his wife Naama Henkin, and their four minor children, each appearing through independent representatives Yoav Armoni and David Jackson. They have brought suit under 28 U.S.C. § 1605A against Defendants the Islamic Republic of Iran, the Syrian Arab Republic, the Islamic Revolutionary Guard Corps, the Iranian Ministry of Intelligence and Security, Bank Markazi, Bank Melli, and Bank Saderat for an October 1, 2015 attack committed by Hamas, a Foreign Terrorist Organization.

2. The parents and siblings of Eitam Henkin have brought a related case, No. 1:18-cv-01273-RCL, under 28 U.S.C. § 1605A, against Iran and Syria, stemming from the same attack. Those plaintiffs filed a Motion for Default Judgment as to Liability and Damages on August 27, 2020.

3. During a September 17, 2020 telephonic status conference in this case, the Court informed Plaintiffs that the Court intends to rule on liability and then to refer damages assessments to a special master. The Court also requested counsel's expected timing for filing Plaintiffs' motion for default judgment as to liability.

4. Plaintiffs' counsel stated that they are working on their submission; have retained three experts regarding liability, Patrick Clawson, Matthew Levitt, and Arieh Spitzen; and expect to present opinions regarding damages from as many as four additional experts.

5. Plaintiffs also reported that they originally anticipated submitting a liability case relying on certain currently confidential records in the possession of an Israeli military court. Plaintiffs understand that these records are presently unavailable for public release until ongoing legal proceedings for a member of the relevant terrorist cell are concluded and that these proceedings have been delayed indefinitely due to the COVID-19 pandemic.

6. Due to this indefinite delay, and Plaintiffs' desire to progress this case, Plaintiffs have evaluated their liability case and will proceed with expert opinions based on materials currently available from other sources.

7. Accordingly, in light of the Court's statements that it intends to decide liability, and to refer damages issues to a special master, Plaintiffs will focus their submission on liability only and hereby report that they anticipate filing their motion for default as to liability, including written opinions by the three aforementioned liability experts, by **Friday, November 20, 2020**, or sooner if Plaintiffs are able.

8. Should Plaintiffs encounter any unforeseen delays in preparing its submission, Plaintiffs will promptly advise the Court.

Dated: October 1, 2020				Respectfully submitted,


						/s/ Michael A. Petrino
						Michael A. Petrino (D.C. Bar No. 994060)
						**STEIN MITCHELL BEATO & MISSNER LLP**
						901 15th Street, N.W.
						Suite 700
						Washington, D.C. 20005
						Tel: (202) 737-7777
						Fax: (202) 296-8312
						mpetrino@steinmitchell.com

						Gavriel Mairone
						MM~LAW LLC
						980 North Michigan Avenue, Suite 1400
						Chicago, IL 60611
						Tel: (312) 253-7444
						Fax: (312) 275-8590
						ctlaw@mm-law.com

						*Counsel for Plaintiffs*