# Exhibit 1

## DECLARATION OF ARIEH DAN SPITZEN

I, Arieh Dan Spitzen, in Jerusalem, Israel, this 19th day of November 2020, declare under the laws of perjury of the United States that the following is true and correct:

## A.   Professional Background

1.   In 1970, I joined the Israel Defense Forces ("IDF"), serving in an elite unit as the Israeli equivalent of a Navy Seal. In 1972, I transferred to the IDF's Intelligence Unit, where I served until 1974. Then I enrolled at Hebrew University in Jerusalem, specializing in the Middle East, Arabic, and Jewish History, and graduating *cum laude* in 1976. I subsequently returned to the IDF, to its Palestinian Affairs Department ("PAD") in the West Bank.

2.   In 1976, I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank (subsequently known as the Civil Administration) and served as its Section Head until 1978. With the exception of the years between 1978 and 1981, when I served as a researcher-assistant dealing with issues concerning the integration of the Arab population within Israel's society and establishment, I remained in the PAD for the next 30 years.

3.   After returning to the PAD in 1981, I resumed my role as Section Head of the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank until 1993. In that capacity, I dealt with socio-economic and political research regarding the Palestinians, focusing on political and social trends among the population. In that position, I wrote or oversaw the writing of hundreds of research papers, staff papers, articles, anthologies, and fundamental studies in civilian matters that served the decision-making echelons of various elements of the Israeli government including the Ministry of Defense.

4.   Between 1993-1996, I was assigned to the negotiation team for the Oslo Peace Accords and served as a member of teams that negotiated the transfer of civilian authorities from the Civil Administration to the Palestinian Authority. Between 1996-1998, I supervised the activity of civilian coordination in the West Bank vis-à-vis the PA's Ministry of Civil Affairs and other civilian offices. From 1998-2000, I was Department Head for Palestinian Issues in the West Bank at a rank of Colonel. As the senior consultant in the system, I served during the same period as the Coordinator for Arab Issues for the Operation Coordinator.

5.   From 2001-2009, I was Department Head for Palestinian Issues in the Unit of the Coordinator of Government Activities in the Territories ("COGAT"). By virtue of this position, I was a professional instructor and the top authority regarding the socio-economic civilian situation in the Palestinian arena in the West Bank and Gaza Strip. I wrote hundreds of surveys and studies about the civilian situation, the various political trends and how they were operationalized, the social trends, the economic atmosphere and its

influence, and other diverse civilian issues connected to the civilian Palestinian realm, including terrorist organizations such as the Islamic Resistance Movement ("Hamas"). Among other things, I was responsible every year for writing and updating the fundamental survey regarding the civilian infrastructure of Hamas, known as the *da'wa*.

6.     I have been qualified as an expert witness about Hamas in ten federal civil terrorism cases in the United States: *Linde, et al. v. Arab Bank, Plc* (in which I testified exclusively about Hamas for 5 days in a 6-week jury trial in 2014); *Gill v. Arab Bank, Plc*; *Strauss, et al. v. Crédit Lyonnais, S.A.*; and *Weiss, et al. v. National Westminster Bank Plc* — all in the Eastern District of New York; *Fraenkel, et al. v. Islamic Republic of Iran, et al.*; *Braun, et al. v. Islamic Republic of Iran, et al.*; and *Force, et al. v. Islamic Republic of Iran, et al.* — all in the District of Columbia; and *Weinstock, et al. v. Islamic Republic of Iran, et al.*; *Weinstock, et al. v. Mousa Mohammed Abu Marzook*; and *Weinstock, et al. v. Hamas* — all in the Southern District of Florida.

7.     My curriculum vitae is attached as **Appendix A**.

## B.     Nature of This Declaration

I have been asked by Plaintiffs' counsel in the case of *Henkin et al. v. Islamic Republic of Iran et al.*, No. 19-cv-01184 to provide an expert opinion regarding the organization, if any, responsible for the October 1, 2015 terrorist attack on Itamar Road in the West Bank (the "Attack"). This declaration will include, *inter alia*, a description of the Attack; a summary and analysis of the extensive preparation the perpetrators undertook for the Attack; the manner in which the Attack was executed; an organizational profile and the perpetrators' affiliation with Hamas, and my professional opinion as to whether the attack was executed by and in the name of Hamas.

I am being compensated $22,500 for my declaration in this case, regardless of the outcome of the litigation. I have no prior or current professional or personal connection with any of the parties in this case precluding my ability to provide impartial evidence herein.

## C.     Methodology

This declaration is based on my education, training, and experience. The methodology that I have used in this declaration includes collecting information from many sources, primary and secondary, and cross-referencing them. I prefer, whenever possible, to rely on primary sources — particularly police and court records — but acknowledge that they do not always provide a complete picture of events and must be assessed critically.

This declaration is based solely on the documentation and evidence currently available. I do not presently have access to certain police and court files because they remain confidential pending ongoing court proceedings and therefore reserve the right to revise my expert opinion based on new information and evidence when it becomes available. Nonetheless, to the best of my professional understanding of the materials available for

review, there is nothing in the still confidential material that might cause me to change my ultimate conclusion that Hamas committed the Attack against the Henkins.

I also cross-check police and judicial sources against the statements and claims of responsibility issued by Palestinian terrorist organizations and their spokesmen as well as statements made by alleged perpetrators, co-conspirators, and close relatives of both. Often, those statements provide additional context or background information not found in official court records. When assessing those statements, I consider the motivations that the organization or witness may have to conceal facts or emphasize certain facts or de-emphasize others. When assessing secondary sources, I adopt a similarly critical perspective that considers the motives and biases of the authors of the documents and their worldviews. My methodology is similar to that of many experts in the field, although my emphasis on the use of primary sources might be greater than that of other experts in the United States and Europe, due to my professional background and my knowledge of Arabic.

## D.   <u>Summary of Conclusions</u>

For the reasons set forth in this declaration, I conclude that Hamas was responsible for the Attack against the Henkins and that the Attack was perpetrated by the operational arm of Hamas, an Izz a-Din Al-Qassam Brigades terror cell that was subordinate to a command echelon consisting of senior Hamas operatives. In addition, I also conclude:

- The Attack was planned and organized in advance with great cruelty and with the intent of murdering or kidnapping as many Israelis as possible.

- The cell that perpetrated the terror attack was composed of terrorists who had been recruited to the operational terror wing of Hamas, the Izz a-Din al-Qassam Brigades, and were subordinate to an apparatus of senior Hamas figures, who had also been active in the past in the ranks of Hamas and had even been convicted of that activity.

- The commanders of the cell had already been Hamas operatives for years before forming the cell, and they had won high standing in Hamas after serving the organization by means of terror operations, propaganda, transferring money, and more. The cell's generous funding had its source among the senior Hamas command. The cell's orderly, preplanned, and hierarchically organized activity typifies an official terror organization.

- The actual terror attack was perpetrated after a series of long-term and short-term operational, intelligence, and logistical preparations as the Modus Operandi of an established and organized terror organization such as Hamas, and after appropriate authorizations were received from the responsible command offices of the organization.

- Members of the terror cell and its command echelon were convicted on the basis of their confessions in court, of membership in Hamas and in the Izz a-Din al-Qassam Brigades. During their trial, some of them even expressed their pride in their organizational affiliation to Hamas.

- Through the media, on websites, and on social networks, Hamas and the Izz a-Din al-Qassam Brigades openly and publicly claimed responsibility for the terror attack in announcements and in statements by spokespeople and senior officials of their organization.

- Hamas claimed responsibility consistent with its practice and policy, which is to avoid causing harm to the organization's operatives and their families through claims of responsibility. Thus, until the sentencing of the members of the Hamas apparatus and operational cell that perpetrated the Attack, the organization only disseminated hints about its responsibility, but it took full responsibility publicly after most of the sentences had been handed down, some eight months after the Attack.

- Over time, Hamas issued open proclamations in which it took full responsibility for the Attack, declaring that the perpetrators and those behind the terror attack were operatives of the organization and providing details of the attack and perpetrators that prove they were Hamas operatives. The death of the most senior member of the cell's command echelon, in an Israeli prison in September 2019, served Hamas as an opportunity to glorify and praise the terror attack and to present details about its planning and performance as well as the organization's responsibility for the terror attack.

- Hamas terms the murderous terror attack against the Henkins "the Itamar Operation," and in the Hamas narrative, it is considered a very important terror attack because, according to Hamas, it signaled the start of the wave of terror that beset Israel in the last third of 2015 and which the organization terms "the Al-Quds Intifada."

- In addition, a number of days after the terror attack, the Israel Security Agency — which is legally tasked by the State of Israel with preventing terror — also confirmed that Hamas perpetrated the terror attack.

## E.   **Analysis**

### 1.   **Brief Background on Hamas**

Hamas was founded in the Gaza Strip in December 1987, near the time when the violent events known as the "First Intifada" broke out. The founders of Hamas were Sheikh Ahmad Yassin, who headed the Muslim Brotherhood in the Gaza Strip, and six other operatives of that organization.[1]

The name "Hamas" is an Arabic acronym for "Islamic Resistance Movement" *(Ḥarakat al-Muqāwamah al-Islāmiyyah)*. As a word, "Hamas" in Arabic means zeal (as in battle) or heroism. Hamas established the Izz a-Din al-Qassam Brigades[2] at the beginning of the 1990s, initially in the Gaza Strip during the second half of 1991 and later in the West Bank

---

[1] The Muslim Brotherhood is a fundamentalist Islamist organization that was founded in Egypt in 1928 by Hassan al-Banna. The organization hoped to reconstitute Muslim society in the spirit of ancient Islam and eventually to establish a large Islamic state that would expand Muslim rule into the rest of the world through jihad (holy war). The Muslim Brotherhood's extremist Islamic ideology, along with its physical, civil, and religious infrastructure, served as the basis for the founding of Hamas.

[2] Sheikh al-Qassam was the leader of gangs that fought against British rule in Palestine. He is considered a symbol of Palestinian resistance to foreign rule in Palestinian historiography generally, and by Hamas, particularly. As a result, Hamas named its operational terrorist apparatus, which is responsible for perpetrating its terrorist attacks, the Izz a-Din al-Qassam Brigades in his honor. Hamas views Sheikh al-Qassam as a paragon of armed struggle, who epitomized religious stringency and national identity — values Hamas idealizes.

in mid-1992. Since then, the Izz a-Din Qassam Brigades[3] have been responsible for numerous terror attacks that have injured and killed thousands of civilians in Israel, including United States citizens.

Today, Hamas is the largest and most significant Islamist organization related to Palestinian arena. Since its inception, the organization has seen itself as a direct competitor to the Palestine Liberation Organization (PLO) and the Palestinian Authority (PA), which the PLO established as part of the Oslo Peace Accords in the early 1990s.

Even before the Oslo Peace Accords, Hamas made great (and largely successful) efforts to take over the student councils at universities throughout the West Bank and Gaza by developing its student organization, the "Islamic Bloc" (Al-Kutla al-Islamiya). Hamas also prioritized taking over trade unions, commercial organizations, and the bureaucracies that control Palestinian communications institutions (such as the Palestinian Journalists' Syndicate). Later, after consolidating its control over those targets, Hamas increased its efforts and gradually began to take over many municipalities in the West Bank and the Gaza Strip.

In 2006, Hamas won the general PA elections, attaining a parliamentary majority, and in 2007 it seized power in Gaza after a violent coup. Its takeover of Gaza resulted in the expulsion of the PA from the Gaza strip in May-June 2007. From that point in time forward, Hamas maintained absolute political and military control of the Gaza Strip.

In Hamas, the spheres of terrorism and of civil and social activity are completely blurred together; and terrorists — from the founder of Hamas, Sheikh Ahmad Yassin, onward — have been actively involved in both spheres over the years.

During its years of existence, Hamas has been supported by Syria and Iran, which furnished a safe location for its leadership, training camps, military knowhow, and weaponry of various kinds, as well as public-relations backing with ideological support.

Hamas was designated as an SDT by the US Department of Treasury, on October 1, 1995[4]. The US State Department designated Hamas as an FTO on October 8, 1997.[5] Hamas has remained so designated ever since.

### 2. Hamas's Policy and Manner of Claiming Responsibility for Its Terrorist Actions over the Years

Hamas considers terrorism — or "armed resistance" as it characterizes it — a central way of attracting political and financial support from the Palestinian public and larger Islamic

---

[3] "The Izz a-Din al-Qassam Brigades" is the name of the operational terrorist wing of Hamas (sometimes alternatively termed the military wing of Hamas). The Izz a-Din al-Qassam Brigades were founded at the start of the 1990s, and currently they number more than thirty thousand terrorists. These "Brigades" are responsible for perpetrating terror attacks for Hamas, thus bringing death to thousands of civilians. The "Brigades" have been notable for their suicide terror attacks (particularly at the start of the 2000s), and in recent years for firing rockets at Israel. The Izz a-Din al-Qassam Brigades are directly subordinate to the top Hamas leadership and carry out their terror attacks at the instigation, and with the approval, of that leadership.

[4] https://www.treasury.gov/ofac/downloads/sdnew95.txt

[5] https://www.state.gov/foreign-terrorist-organizations/

world. During the Second Intifada (2000-2004), when competition among Palestinian terrorist organizations for committing terrorist attacks intensified, Hamas took tactical and operational considerations into account in determining whether (and when) to officially claim responsibility for terrorist attacks it committed. Hamas did generally claim responsibility for attacks that it committed, but occasionally it did so belatedly.[6]

Hamas took over the Gaza Strip in 2007, thereby becoming an entity responsible for governing a population, managing a civilian infrastructure, and overseeing territory. This led Hamas to exercise more caution in officially claiming responsibility for terrorist attacks that it perpetrated for fear of a harsh reprisal against the Gazan population it ruled.

At a press conference in the Gaza Strip on December 25, 2010, Hamas provided a glimpse into the operational principles that have guided the terrorist organization's policy in determining the appropriate timing for announcing claims of responsibility for terror attacks, including in the Second Intifada. Abu Ubaida, the Izz a-Din al-Qassam Brigades' official spokesman, addressed the media at that press conference to claim responsibility for a terrorist attack Hamas committed at the Merkaz HaRav Yeshiva in Jerusalem two years earlier.[7]

Explaining Hamas's delay in acknowledging its role in the attack, Abu Ubaida explained that Hamas policy necessitated postponing claims of responsibility when (1) conditions required protecting the security of its operatives and operations; (2) withholding the announcement could protect jailed operatives who have not yet been sentenced by Israeli courts;[8] and (3) other unspecified reasons involving the continuing campaign of jihad (holy war) dictated. Abu Ubaida further announced that, in the future, the Izz a-Din al-Qassam Brigades would continue to refrain from announcing information about their attacks before the organization deemed the time ripe, and on occasion that might mean delaying such announcements for months or years.

In order to understand the care and caution that Hamas exercises in claiming responsibility for attacks, it is important to take into account that in the West Bank and Gaza Strip the Palestinian society lives and functions in a very intimate social framework

---

[6] Examples of belated Hamas claims of responsibility for attacks it committed included the following: On March 8, 2004, the Izz a-Din al-Qassam Brigades claimed responsibility for an attack at Mike's Place, a pub in Tel Aviv frequented by Americans, which was committed a year before, on April 30, 2003. The attack killed three people. The Izz a-Din al-Qassam Brigades' announcement said that it was being published late in order not to harm the security of the "fighters" (*mujahideen* in the original) and for reasons involving "security secrets." http://web.archive.org/web/20100601110109/http://www.alqassam.ps/arabic/statments.php?id=432. Also, on June 7, 2008, the Izz a-Din al-Qassam Brigades took responsibility for a series of attacks including, among others, the suicide attack at the Sheffield Club in Rishon Lezion which occurred on May 7, 2002. The attack killed 15 people. http://web.archive.org/web/20110211150612/http://www.alqassam.ps/arabic/statments.php?id=3921.

[7] Abu Ubaida's press conference was recorded in a video available at https://tinyurl.com/y8klhhj2 and https://tinyurl.com/yafmun8s.

[8] For example, cell members that mounted an attack on June 20, 2008, in Wadi Zarka, confessed they had been recruited by Hamas and were operating under its aegis. Hamas has not publicly claimed responsibility for the attack, apparently because one of the cell members is a Palestinian security officer still jailed in Jericho as of this writing who has not yet been tried and convicted for his deeds. The name of this operative appears on Hamas and Qassam Brigades websites as an operative of Hamas confined in a Palestinian prison.

where neighbors know one another, and extended families (or hamulahs) live together. In many villages and even urban neighborhoods, there is very little anonymity, and the political affiliations of various individuals are generally well-known to their communities. Thus, when a Palestinian is killed in the course of committing a terrorist attack or is arrested by Israeli security services for terrorist activity, once the terrorist's identity becomes known, his or her organizational affiliation is often ascertainable because the terrorist is identified by his or her own community as sympathetic to one organization or another.

This social reality incentivizes the larger Palestinian terror organizations to be fairly rigorous in their public, official claims about terrorist attacks. This is particularly true of Hamas because credibility with its domestic audience is a key aspect of its "brand." At the same time, Hamas has made, and makes, a practice of praising operatives from other terrorist organizations when they launch attacks that it considers laudable within its own ideological framework.

As Hamas's power and political influence increased, its organizational structure and technology rapidly changed. For example, in the 1990s, after Hamas perpetrated terrorist attacks, it often issued written announcements claiming responsibility for them that it disseminated throughout the Palestinian Territories. Hamas also placed telephone calls to the Israeli and international media taking responsibility for these terrorist attacks and made announcements over the public address systems of mosques in Palestinian towns and villages, sometimes accompanied by the singing of religious hymns and the reading of verses from the Quran.

Since the early 2000s, the internet began to play an increasingly important role in Hamas's public relations efforts and its claims of responsibility. Hamas's political bureau and its Izz a-Din al-Qassam Brigades have long maintained their own separate official websites. Hamas commonly used these websites to issue official claims of responsibility for terrorist attacks that it perpetrated and cast them in a heroic light and to provide biographies glorifying the operatives who perpetrated them.

These websites frequently contained reprints of suicide bombers' wills (explaining their motivation, religious and nationalist creed, and loyalty to Hamas) and photographs of the perpetrators, including ones taken immediately before he/she was dispatched (often taken against a background bearing a Hamas flag or emblem). As the internet's capabilities grew, Hamas also began posting videos of suicide bombers taken before they were dispatched. Often, in these videos the [future] suicide bomber read a prepared speech or will announcing the operative's intention to become a "martyr" and perpetrate the attack. In later years, both before and after Hamas gained control of the Gaza Strip in 2007, it also operated television and radio stations which broadened its ability to disseminate its message.

However, some indicators of whether Hamas was responsible for a given terrorist attack remain constant regardless of evolving technologies. For example, Hamas funerals are usually marked by decoration of the terrorists' coffins with Hamas flags and so are the demolished houses of Hamas terrorists. Hamas leaders often visit released prisoners or the terrorists' mourners tents. Another indicator of whether Hamas was responsible for a given terrorist attack that has not changed over time is where the arrested perpetrators

of an attack are housed, because inmates in Israeli security prisons affiliated with different terrorist organizations are housed separately.

### 3.    2015-2016: Organized vs. Spontaneous Terrorism

The Attack at issue was not an isolated act of violence. Beginning in September 2015, Israel experienced a renewed wave of terror that lasted at least, until the end of 2016,[9] with the number of terror attacks rising significantly against the background of growing level of incitement spearheaded by Hamas and the Islamic Movement in Israel.[10] They accused Israel of attempting to violate the status quo on the Temple Mount in Jerusalem, to harm or undermine the mosques situated on the Temple Mount, and to permit Jews to pray on the site, purportedly as part of Israel's long term goal of destroying the Al-Aqsa Mosque and building a Jewish Temple in its place.

Hamas's Paldf.net web forum provided a summary of terrorist attacks from 2015 that confirmed a sharp increase in the number of stabbings, vehicular attacks, and shootings perpetrated in October through December of that year.[11] The terms Hamas used to describe the attacks indicate the organization's approval of the wave of attacks, noting, for example, attacks that *successfully* wounded or killed a Zionist and measuring the *effectiveness* of attacks in terms of fatalities on each side.

A Palestinian killed in these operations was regularly described as a *shahid* (martyr), and the terrorists committing them called *mustash'hidun* ("those who died in sanctification of Allah's name"). Throughout this period, Hamas websites and social media accounts published articles, interviews, and exhortations inciting the Palestinian public to continue to perpetrate similar attacks.

This frenzy of incitement successfully encouraged multiple terrorists who were inspired by the exhortations of Hamas and other Palestinian terrorist groups. At the same time, Hamas's role during this period was not limited to advocating violence. In addition to fanning the flames of incitement, Hamas also activated its operatives (primarily in the West Bank) to commit terrorist attacks, including in the classical way that its cells had operated during the Second Intifada a decade earlier.

The Attack on which this Expert Opinion is centered was perpetrated, as I show below, by an organized cell of the Izz a-Din al-Qassam Brigades, the operational terror wing of Hamas. Although Hamas remained active during the period in question, the running of traditional organized terror cells by Hamas was rare during this period for several reasons: Effective activity by the ISA to thwart this terror, the ongoing efforts of the Palestinian Authority to prevent Hamas terror attacks since 2007, and Hamas's fear that any terror attack on its behalf will provoke a military attack by Israel on the Gaza Strip that was, by then, under Hamas responsibility. Hamas persisted in running cells, however, because

---

[9] More figures about attacks in 2015 can be found in the annual Israel Security Agency survey from that time: https://www.shabak.gov.il/publications/Pages/study/ReportY2015.aspx.

[10] Established in 1971, the Islamic Movement in Israel is a religious and political movement with the same characteristics as the Muslim Brotherhood. Like Hamas, the Islamic Movement in Israel encourages Palestinian nationalism. In 2015, the northern — but not the southern — faction of the Islamic Movement in Israel was designated an unlawful association in the State of Israel.

[11] https://www.paldf.net/files/2015/hasad/files/assets/basic-html/index.html#1.

the public impact of the Izz a-Din al-Qassam Brigades cells' activity — and of the damage caused by their daring, their cruelty, and their use of firearms — encouraged Hamas to continue its traditional methods of action. According to the Hamas narrative, the October 2015 murder of Naama and Eitam Henkin marked the start of the terror wave that began in late October 2015 and is termed the Al-Quds Intifada by Palestinian sources.[12]

For this terror attack, as was the case in a number of other terror attacks, a terror cell was assigned to employ gunfire (at traffic in the Judea and Samaria area, as was customary) in order to kill as many Israelis as possible.[13] In some cases, organized cells were assigned to kidnap Israelis to be used as bargaining chips for the freeing of prisoners in prisoner exchanges with Israel[14] — a task that was more complex, required serious logistical preparations, and occupied a high position among the priorities of Hamas. This task, as will be shown below, was also the assignment of the Hamas cell that murdered the Henkins. The organized cells were characterized, since the foundation of Izz al-Din al-Qassam brigades in the early 1990s, by a hierarchical structure, communications with their commanding headquarters, the transfer of funding, the accumulation of weapons and materiel, the cell's orderly recruitment subject to approval of recruits by the cell's commanders, training and advance intelligence planning, careful compartmentalization and information security, and orderly methods of operation. As will be shown, the cell that murdered the Henkins was characterized by all those traits.

Whatever Hamas's precise calculations may have been, the wave of attacks that began in September 2015 comprised a mixture of type of attacks directed by Hamas, and many others 'merely' incited and lauded by Hamas. In earlier periods, Hamas's primary method of directing terrorism was to issue clandestine instructions to its Izz a-Din al-Qassam Brigades terror cells in various Palestinian cities and villages. This method was supplemented during the 2015 to 2017 period by Hamas's public calls through various media outlets to the organization's operatives and sympathizers to mount attacks. Along with the terror attacks that required planning far in advance, there were additional attacks motivated by incitement.

---

[12] The declaration from Husam Badran, the Hamas spokesperson, upon the conviction of the members of the terror cell that murdered the Henkins on June 23, 2016 can be found at https://www.alqassam.ps/arabic/news/details/10367.

[13] In this connection, it is important to mention the organized Hamas cell that murdered Rabbi Michael Mark and caused injury to members of his family in a terror attack closely resembling the Henkin Attack. Rabbi Mark was murdered in a terror attack on July 1, 2016, when his car was hit by gunfire from a moving vehicle, and his wife was shot after the vehicle stopped, when one member of the cell exited his own vehicle and fired at some of the car's passengers. For more information, see https://www.shabak.gov.il/publications/Pages/Newitem270716.aspx.

[14] In a prominent example of a kidnap attack by an organized Hamas cell, three teenagers were kidnapped while waiting at a hitchhiking station near the Jewish community of Alon Shvut on June 12, 2014. The kidnapping "took a bad turn" when the victims resisted, and the three were murdered shortly after boarding the vehicle. Regarding the responsibility of Hamas for the murder of the teenagers, see https://www.memri.org/tv/hamas-leadership-acknowledges-responsibility-kidnapping-three-israeli-teens. Members of a less prominent Hamas cell, which between the second half of 2014 and November 2015 was engaged in firing at IDF posts and at worshippers visiting the Cave of the Patriarchs in Hebron, also took upon itself the task of kidnapping an Israeli to use as a bargaining tactic, with a view to freeing Palestinian prisoners, see https://www.shabak.gov.il/publications/Pages/NewItem290216.aspx.

To distinguish Hamas operatives from other terrorists whose attacks Hamas endorsed and praised (but who did not belong to the organization), Hamas used the phrases "son of the movement," "Qassami shahid" (that is, a martyr belonging to the Izz a-Din al-Qassam Brigades), and "Qassami prisoner" or "Qassami warrior" in various Hamas publications and posters it distributed. As in the past, Hamas also made a point of emphasizing particular terrorists' affiliation with the organization by having Hamas activists attend the terrorists' funerals or raising Hamas flags at the terrorists' homes. Hamas also provided financial support for its operatives who perpetrated terror attacks (and for families of these terrorists).[15] Conversely, when Hamas praised and glorified a terrorist operative but made no mention of his (or her) affiliation with Hamas, this generally signified a lack of organizational relationship. On occasion, when a terrorist clearly belonged to a different terrorist organization, Hamas representatives even mentioned the operative's affiliation with the other organization.

Although Hamas may occasionally delay claiming responsibility for an attack committed by its members, I am unaware of an example where a known Hamas spokesperson or Hamas website has claimed credit for an attack that was actually perpetrated by terrorists who did not belong to or were directed by Hamas.

### 4.    Description of the Terror Attack[16]

During the evening of October 1, 2015, a terror cell of Hamas's Izz a-Din al-Qassam Brigade murdered Naama and Eitam Henkin, whose estates and minor children, through their legal representatives, are the plaintiffs in this case.

The terrorist cell that perpetrated the terror attack contained five terrorists: (1) Ragheb Ahmad Muhammad Aliwi, (2) Yahya Muhammad Naif Abdallah Haj Hamad, (3) Samir Zuheir Ibrahim Kusa, (4) Karam Lutfi Fathi Rizq al-Masri, and (5) Zayd Zayyad Jamil Amer. They reported to a higher echelon of the Izz a-Din al-Qassam Brigades, who served, *inter alia*, as their superior officers and which included Amjad Aliwi.

The commander of the terrorist cell was Ragheb Ahmad Muhammad Aliwi, a trained, veteran Hamas operative who saw to the formation and development of the force by means of recruiting the members of the cell, training and drilling them, planning operations in detail, continually reporting to the cell's superiors, and receiving authorization for perpetrating terror attacks in general and the murderous attack against the Henkins. Ragheb Aliwi had been an operative of Hamas's terrorist wing in Nablus for years.[17]

---

[15] Coordinated campaigns by the Israeli Police, the Israel Security Agency and the Israel Defense Forces have resulted in seizures of hundreds of thousands of dollars that Hamas was intending to provide its operatives for day-to-day expenses as well as for rebuilding terrorists' homes demolished by Israel following lethal attacks. Nonetheless, Hamas largely succeeds in subsidizing its operatives and their families.

[16] The description of the Attack is based on the sources listed in **Appendix B**.

[17] For details regarding Ragheb Aliwi's activity in Hamas since 2005, and the various positions he held in the organization, see the discussion below the indictment and sentencing of Ragheb Aliwi in Case 1785/07 (verdict and sentencing from October 18, 2007) as well as Case 3330/15 (sentencing from July 12, 2016).

The Hamas cell member who actually fired the weapon, murdering Eitam and Naama Henkin, was Yahya Muhammad Naif Abdallah Haj Hamad. Haj Hamad shot an M16 rifle, which was previously provided by Ragheb Aliwi.[18]

Samir Zuheir Ibrahim Kusa drove the vehicle during the terror attack. Samir Kusa was recruited to the cell by its commander, Ragheb Aliwi, at around the same time as Yahya Haj Hamad, some months before the terror attack.[19]

Another member of the cell was Karam Lutfi Fathi Rizq al-Masri. Karam Rizq was recruited to the Hamas cell shortly after Haj Hamad and Samir Kusa were recruited, and several months before the cell murdered the Henkins. He joined the cell members on the day of the actual terror attack, provided with a pistol by Ragheb Aliwi, and given instruction on its use. Karam Rizq, a member of the cell, was wounded by gunfire from his fellow cell member Yahya Haj Hamad, who was firing toward Eitam. Because of his injury, he was taken to a hospital by his fellow cell members.[20]

Yet another member of the cell was Zayd Zayyad Jamil Amer, who was recruited to the cell roughly a month before the terror attack was perpetrated. In a separate scout vehicle, Zayd Amer examined the route before the perpetration of the terror attack, in order to ensure that there was no activity or presence of Israeli security forces. With the route confirmed "clean," the main operational car set out to perpetrate the terror attack. The car was driven by Samir Kusa and also contained Yahya Haj Hamad and Karam Rizq.[21]

Eitam and Naama Henkin and their four small children — nine, seven, and four years old, and a ten-month-old baby — were driving their car that Thursday evening, the first of October 2015, along Route 555[22] from the direction of Elon Moreh[23] southward toward Route 60[24] on their way home to Neria[25] (roughly an hour's drive from Elon Moreh). When they reached the 13-kilometer mark on Route 555, near the junction for turning toward the Palestinian village of Beit Furik,[26] a vehicle appeared in their path, in the opposite direction, driven by Samir Kusa and carrying Haj Hamad and Karam Rizq.

---

[18] Regarding the central role of Yahya Haj Hamad in the murder of the Henkins, see the discussion below and Case 3219/15 against Yahya Haj Hamad, verdict and sentencing from June 22, 2016.

[19] Regarding the activity of Samir Kusa as a cell member, and his role in the murder of the Henkins, see the discussion below and Case 3218/15 against Samir Kusa, verdict and sentencing from June 22, 2016.

[20] Regarding the activity of Karam Rizq as a cell member, and his role in the murder of the Henkins, see the discussion below and Case 3220/15 against Karam Rizq, verdict and sentencing from June 22, 2016.

[21] See the indictment of Zayd Amer, Prosecution File 2251/151. He was sentenced to life imprisonment, but an appeal against his sentence is pending.

[22] Route 555 is a regional route that branches off Route 60 near the village of Harawa and leads to the community of Elon Moreh. Route 60 runs lengthwise through Israel from Nazareth in the north to Beersheba in the south. The route crosses along the mountain ridge. A large part of the route runs through the West Bank.

[23] Elon Moreh is a community located near the city of Nablus in the Shomron area (Samaria). It was established in 1980.

[24] See https://goo.gl/maps/wpVgTREnevz9Tt7y8.

[25] Neria is a community located in the Benjamin Local Council in the Hills of Benjamin roughly 10 miles (17 km) northeast of the city of Modi'in and roughly 50 km southeast of Tel Aviv.

[26] See the map of the Attack's location.

The terrorists' car made a u-turn and chased after the Henkins' car, eventually passing it. The terrorists' car moved close to the left side of the Henkins' car, and then Yahya Haj Hamad, sitting at the driver's right, extended his upper body out of the car's window and began spraying dozens of bullets at the family's car by automatic fire.

Eitam Henkin, the driver, was wounded by the gunfire and stopped his car at the side of the road. Samir Kusa stopped the terrorists' car and two terrorists, Yahya Haj Hamad armed with an M16 and Karam Rizq armed with an FN pistol, exited their car and approached the Henkins' car, with Yahya Haj Hamad approaching the passenger side of the Henkins' car and Karam Rizq approaching on the driver's side. According to the terrorists' confessions, described in the sentencing, their initial intent was to kidnap a Jewish settler in order to attract public attention.[27]

The terrorists each opened the car's front doors. Eitam Henkin and his wife Naama began to struggle with the terrorists, trying to thwart the terrorists' plan. Karam Rizq, who was assaulting Eitam, dropped his pistol. Noticing this, Yahya Haj Hamad fired a burst of bullets at Eitam Henkin. In his police confession, Haj Yahia said that Naama had not been injured by the initial gunfire and she also struggled with him, but moments later, he shot and killed Naama as well[28]. Both Eitam and Naama were murdered before the eyes of their small children.

When Yahya Haj Hamad shot Eitam Henkin, he accidentally injured his fellow cell member Karam Rizq as well. Upon being shot, Rizq dropped his pistol and returned to the terrorists' car. That incident ended the murderous attack, and the lives of the couple's children were spared. Later, the terrorists attempted to claim that the laws of Islam and the "practice of humaneness" caused them to refrain from harming the children, a claim that is inconsistent with the earlier massive firing of dozens of bullets at the Henkins' family car during the initial part of the Attack.

Several days later, between October 3rd and October 8th, all the cell members were arrested, including Karam Rizq who was then hospitalized in Nablus.

---

[27] Sentencing of Haj Hamad in Case 3219/15, from June 22, 2016, clause 16; Sentencing of Amjad Aliwi in Case 3568/15, from June 22, 2016.

[28] The police confession of Yahya Haj Hamad, October 4, 2015, 9:35 a.m. p. 10 lines 259-260.



*Map of the area of the terror attack and location of the site of the terror attack*

The murderous attack on the Henkin family before the eyes of their children was characterized by great cruelty, by recklessly and carelessly firing dozens of bullets from an automatic weapon that could murder many people, and by operational skill in the perpetration of the terror attack — including the switching of magazines while firing — which indicates painstaking preparation, training, and drilling. [29] (Regarding the preparations and the terrorists' relatively high operational level, indicators consistent with the behavior of formally organized terrorist cells such as those of Hamas, see below.)

In the military court proceedings regarding the sentencing for Yahya Haj Hamad, the military prosecutor described the shock at the murder and at its nature. [30] "Beginning in September 2015, the State of Israel experienced a wave of terror characterized mainly by lone terrorists who murdered and injured innocent people by 'cold weapon.' On the second of October, the State of Israel woke up to a new kind of horror, the murder of a pair of young parents. They were shot to death at close range, and all before the eyes of their four children... This ghastly deed was perpetrated by a cell... of the Hamas organization..." And she went on to say: "Yahya sprayed a burst of bullets along the entire length of the car. The bullets that the cell fired penetrated the car... but miraculously the children were not injured by that gunfire... Even when Yahya repeated the gunfire a second and third time, he did so indiscriminately, with his weapon set to automatic and

---

[29] Regarding the preparations and the terrorists' relatively high operational level, indicators consistent with the behavior of formally organized terrorist cells such as those of Hamas, see below.

[30] Verdict for Yahya Haj Hamad, Shomron Military Court, Case no. 3219/15.

with no certainty that the children in the back seat would not be injured." The judge added, in her verdict against Haj Hamad: "Our pen is incapable of describing the cruelty and the odiousness of the deeds committed by the defendant and his comrades."

### 5.    Constructing the Terror Cell and Preparing for the Attack

Preparations for the Terror Attack — The Long Term

The preparations for the murderous attack on the Henkins may be divided into two periods. The initial period, which focused on long-term preparations at the infrastructure level, began at least a year and a half before the actual attack. It included deciding on the terrorist cell's modus operandi and its objectives, obtaining funds, recruiting members into the terror infrastructure as cell leaders and as a higher-level command, building a hierarchy for command and management of the operational cell and for receiving authorization to take action, accumulating weaponry for committing terror attacks, and readying the logistics.

During what can be called the second period, near-term operational preparations began, with the perpetration of the actual terror attacks soon to come. These were orderly tactical preparations such as collection of intelligence information for the operation, refresher training in weaponry, procuring means of obfuscation and camouflage, assigning roles and tasks, examining the route to the target site, and planning for evacuation and medical treatment in case of trouble.

The cell that murdered the Henkins was an Izz a-Din al-Qassam Brigades cell that belonged to the Hamas terrorist infrastructure in the Nablus area. The Nablus infrastructure originated during the second half of 2014, through contacts between two veteran Hamas operatives whose purpose was to create an operational terror infrastructure for Hamas.

One of the senior operatives was Bassam a-Sayih, a known Hamas operative from the Nablus area, who for many years had been involved in operations under the civilian and terrorist Hamas infrastructures in Nablus.[31]

Bassam a-Sayih's partner in founding the terrorist cell, and the initiator of the contacts needed to launch the plan, was Amjad Adel Muhammad Aliwi.[32] Aliwi was a former prisoner, arrested and convicted by the Israeli authorities for Hamas activity. He contacted Bassam a-Sayih with the intent of launching terrorist activity on Hamas's behalf.

The contacts between Bassam a-Sayih and Amjad Aliwi laid the organizational infrastructure that served as the hierarchical and organizational framework for founding the Izz a-Din al-Qassam cell of Hamas that murdered the Henkins. That operative cell — led by Ragheb Aliwi, who was recruited to the cell later — received logistical support (procurement and concealment of weapons and ammunition, authorization to recruit

---

[31] Further description of the relations between those operatives is provided below.

[32] Regarding his work in establishing the Hamas infrastructure that served as the framework and the source of command for the Hamas cell that murdered the Henkins, the information below derives from the sentencing of Amjad Aliwi, Military Court Case 3568/15 (pronounced on June 22, 2016) and from the detailed indictment that was issued in the case.

members to the cell, as well as financial support and instructions) from the command echelon founded by Amjad Aliwi and Bassam a-Sayih.

Bassam a-Sayih introduced a number of Hamas operatives, of his acquaintance, to Amjad Aliwi. Those meetings, which were held at secret venues arranged beforehand in accordance with the organizational practices used by Hamas, were held for the intended purpose of examining the possibility of obtaining explosives and weapons for terror attacks to be committed by further operatives. Of special importance for purposes of this Expert Opinion, was the meeting with Muhammad Imad Ramadan al-Qutub, a Hamas operative who was also recruited to the cell's command echelon. These three men operated within the organizational framework of the Hamas cell that perpetrated the murder of the Henkins, with responsibilities divided as follows:

Bassam a-Sayih was responsible for funding the cell in its acquisition of weapons, ammunition, and other equipment. Inter alia, he funded the medical treatment of one of the cell's members who was hurt during the perpetration of the terror attack (see above). A-Sayih was updated constantly on the recruitment of members to the cell and on the acquisition of weapons. He channeled some two hundred thousand shekels (200,000 NIS) to the cell, a sum equivalent to some fifty thousand dollars ($50,000) at the time.[33] The choice of a-Sayih to take charge of funding was not random. A-Sayih's access to Hamas coffers ensured generous and continuous funding to meet any operational request of the cell responsible for the Attack on the Henkins.[34] A-Sayih administered a channel for smuggling Hamas terror funds from Jordan into the West Bank, a channel that connected him to different Hamas activists who had an access to the organization's money and for which he has since been convicted.[35] A-Sayih was separately tried and convicted for administering that terror financing operation, which is described further below.[36]

---

[33] During May and June 2015, the period during which the weaponry was purchased for the cell, the dollar was trading at approximately NIS 3.80. See https://info.cap.co.il/exchange-rates/usd/2015-05/. For Palestinians living in the West Bank, the sum is rather large. On the West Bank in 2015, the GDP per capita stood at $3700. Thus the cell received a sum equivalent to 13.5 years of per-capita GDP. Comparing that sum to the average monthly income per capita during the relevant period on the West Bank, which was ₪ 2700 per month (calculated at 22 workdays per month), we find that the cell received a sum equivalent to more than seventy such average monthly salaries. Of course, if we calculate the sum according to the PPP (Purchasing Power Parity conversion factor) for private consumption in 2015 on the West Bank at that time, we find that relatively speaking, it truly is a very great deal of money. Regarding the GDP, see "GDP per capita in the West Bank" https://www.tau.ac.il/~yashiv/GazaCrisis%2520INSS%2520Jan2018.pdf. Regarding the average salary, see the Palestinian Authority's Central Bureau of Statistics website, see http://www.pcbs.gov.ps/Portals/_Rainbow/Documents/wages-2015-02e.htm. Regarding purchasing power, see https://knoema.com/atlas/Palestine/topics/Economy/Inflation-and-Prices/Purchasing-power-parity.

[34] The Hamas cell abounded in money and in the ability to obtain it. Examination of the cell's money-handling reveals that not all the funds were actually channeled to their intended purposes. Thus, for example, Amjad Aliwi received NIS 22,000 for the purchase of an FN pistol that cost him only NIS18,000, and for Karam Rizq's medical expenses he received NIS 14,000 from various sources but used only NIS 6,000. It is unclear what happened to the remainder, who used it, and for what purpose.

[35] Bassam a-Sayih's sentence, court file number 3342/15, August 29, 2019.

[36] See below at page 29 n.88.

Amjad Aliwi was responsible for recruiting additional operatives to the Hamas cell and for transferring weapons to the operatives. As part of that job, in April 2015 he recruited Ragheb Aliwi, who headed up the Hamas cell that murdered the Henkins. Amjad instructed him to recruit another operative to the cell. Ragheb recruited Yahya Haj Hamad (whose central role in the murder of the Henkins is described in the section that recounts the terror attack).

In addition, Muhammad al-Qutub assisted Bassam a-Sayih and Amjad Aliwi in their preparation for establishing the operational cell.

In addition to his connection with Bassam a-Sayih, Amjad Aliwi was also recruited for Hamas terrorist activity by another senior Hamas figure in Nablus — Iyad Wadi' Tawfiq Abu Zahra.[37] Abu Zahra — a member of the Hamas terrorist infrastructure in Nablus — had been imprisoned, in the past, for years by Israel and by the Palestinian Authority, and he was considered a member of the hard core of Hamas in Nablus. Besides recruiting Amjad Aliwi, Abu Zahra also approved the recruitment of the cell's commander, Ragheb Aliwi. From his sentencing, it emerges that he was aware of the recruitment of the cell's other members by the cell's commander Ragheb. He examined the weapon that the cell wished to acquire, and he approved the acquisition. From time to time, he too transferred money to Amjad Aliwi for routine purposes of running the cell.[38]

In the long-term preliminary groundwork for operating the cell, an orderly, hierarchical modus operandi is evidenced that is characteristic of an established, organized Hamas infrastructure. This was an infrastructure governed by clear rules of authorization and reporting, and one that received constant funding as decided according to defined objectives such as the procurement of weapons and ammunition or the procurement of medical treatment following an injury suffered in the course of an attack. The objective (the murder of Israelis) was set in advance, and there was a system of approvals in place for authorizing — at least two levels farther up hierarchically — any departures from the objective, such as authorization to mount a kidnapping attack against an Israeli. In addition, compartmentalization was maintained for the sake of information security (anonymity) and not all the participants in the terror infrastructure knew who the others were.[39]

Short-Term Preparations

The terror cell that planned and perpetrated the murder of the Henkin was a Hamas cell from the Izz a-Din al-Qassam Brigades, which is the operational terrorist wing of Hamas.

---

[37] Abu Zahra's activity is detailed in the court case against him, Case No. 3266/15, as well as in the case against Amjad Aliwi as mentioned above. Abu Zahra was apparently an operational terrorist operative of Hamas as long ago as 2003, with a record of convictions on security offenses. Regarding him, see also the PALINFO website, which is identified with Hamas: https://tinyurl.com/y59luzab.

[38] Verdict of Amjad Aliwi, Military case 3568/15, June 22, 2016 , clause 12. Abu Zahra was convicted in a plea bargain in which he pleaded guilty for the amended indictment case 3266/15 item 1/f. See his verdict, case 3566/15 August 16, 2016.

[39] Verdict of Mohammed Qutub, case 3331/15, August 16, 2016. In addition, it is obvious, by the indictments and verdicts of the operative cell members, that some of them, like Kusa and Rizq, were not aware of the involvement of Abu Zahra and a-Sayih in the activity of the cell.

All the cell members were Hamas operatives and had been systematically recruited by the organization under necessary approvals from the responsible command offices, which had authorization and authority from the organization.

The modus operandi of the cell, and of its leader, is consistent with the behavior and operations of a formally organized Hamas terror cell. That modus operandi includes defining the cell's target and receiving approval or instructions regarding the target (and if the target is altered or broadened, it is redefined and referred to the responsible command offices for approval), allocating roles, building the cell's force under responsibility of the cell commander and with approval of the responsible command offices (recruitment of operatives for carrying out the missions), drilling and training, issuing operational requests for specific equipment, and maintaining compartmentalization (particularly regarding the personnel of the responsible command offices).

*Operational preparations*: Collecting intelligence information for the mission and selecting targets, investigating appropriate conditions for carrying out the operation, covering tracks and camouflaging signs of an impending operation, seeing to evacuation and/or medical treatment for possible injuries of the cell members (under the authority of the responsible command office), and preparing hideouts and refuges in the case of kidnapping operations (under the authority of the responsible command office).[40]

In handing down the sentence for a number of the Henkin cell's members, the judge noted the organized, systematic manner in which the cell operated; and she wrote in her verdict:

> Time after time, the members of the squad devised plans for deadly attacks and acted, to the best of their ability, to execute them, with prior preparations that included ammunition and equipment, stakeouts, inspecting possible sites for attacks, recruiting members, selecting the appropriate positions for the task, training and teaching them, and inter alia, operating the weapon.[41]

Defining the Cell's Objectives

The cell's objectives are discernible from the verdicts and sentencings of the cell's members and its commander.[42] They rest on statements from the cell's members, who each confirmed the words of the others.

Initially, the cell was instructed to perpetrate shooting attacks against Israeli targets and murder as many Israelis as possible.

---

[40] Shomron Military Court File 3219/15 against Yahya Haj Hamad: the indictment as well as the verdict and sentence from June 22, 2016. See also Shomron Military Court file 3342/15 against Bassam a-Sayih, pp. 11, 13.

[41] Shomron Military Court File 3219/15 against Yahya Haj Hamad: the indictment as well as the verdict and sentence from June 22, 2016. See also Shomron Military Court file 3342/15 against Bassam a-Sayih, pp. 11, 13.

[42] The verdict from May 19, 2016 which referred to several cell members: Amjad Aliwi (court file 3568/15), Ragheb Aliwi (court file 3330/15), Yahya Haj Hamad (court file 3219/15), Karam Rizq (court file 3220/15) and Samir Kusa (court file 3218/15).

At a later stage (September 2015) the cell received approval from the responsible command echelon to perpetrate a kidnapping attack for the purpose of negotiating the release of Palestinian prisoners from Israeli prisons.

<u>The Rationale for Perpetrating the Terror Attack</u>

The members of the Hamas cell that perpetrated the terror attack against the Henkins — murdering them before their children's eyes — apparently coordinated their arguments in advance for use in defending the terror attack. (Those arguments were heard even from senior Hamas official Mushir al-Masri the day after the attack; see below for further statements by Mushir al-Masri.) They attempted to justify their participation in such a cruel terror attack by means of a number of excuses, including vengeance for Palestinians allegedly murdered by Israelis, with examples adduced by the terrorists themselves,[43] and Palestinian claims that Israel is attempting to harm the Al-Aqsa Mosque and change the status quo that prevails there (see the background section dedicated to that matter).[44]

<u>Allocation of Roles and Hierarchy</u>

Organized operational cells of Hamas are structured in a clear hierarchy. Within the cell, there is allocation of roles and responsibilities, and there is a chain of command for approving the cell's operations (recruitment, approval of plans, operational requirements from the responsible echelons, and more). The Hamas cell that murdered the Henkins was also characterized by the structure described above.

The prosecutor of the terrorists in the Henkin attack noted the characteristic structure of the cell and of its modus operandi, as follows: "The said cell operated at various echelons, so that Amjad and Ragheb were in the guiding echelon, which conceived the plan for the terror attack, was aware of all the details involved, saw to the financing and acquisition of materiel, passed it to the operational cell, and maintained contact with the senior commanders. Complementing them, the operational echelon included Yayha, Samir, Karam, and Zayd..."[45]

Amjad Aliwi, who had suggested recruiting the cell's commander, was actually part of the command echelon responsible for the cell, but aside from Ragheb Aliwi, who was the cell's commander, the other members did not know who he was. His role was described in his verdict as follows:

> The Defendant [Amjad Aliwi] acted incessantly since 2014 to orchestrate
> and lead deadly terrorist attacks against Jews because they are Jews. He
> made sure to set up a Military Squad, obtain financing for the activities and
> purchase weapons for it… Ragheb made sure to update the Defendant
> about the squad's activities, and even received explicit approval from him

---

[43] See the final sentence quoted from convicted terrorist Karam Rizq as spoken in court: "Our attack was not arbitrary, and we took no life that was not in return for another. You have murdered and killed many human beings, the way you murdered the Dawabsheh family... We didn't murder a child, the way you murdered Muhammad Abu Khdeir. You murdered Hadil Hashlamun in cold blood..." See Amjad Aliwi's court file 3568/15 where Karam Rizaq was quoted.

[44] See the above cited Verdicts of Yahia Haj Hamad and Ragheb Aliwi in his most recent sentencing.

[45] Verdict of Amjad Aliwi, May 19, 2016, court file 3568/15, the prosecutor summary, p. 4, lines 28-31.

to execute the terrorist attack in which Naama and Eitam Henkin OBM were murdered.[46]

Ragheb Aliwi, the commander of the terrorist cell, was leader of the day to day operation of the cell. He planned the cell's operations and approved them, he saw to the cell's operational needs, and he served as the source of authority for its members, receiving reports and solving operational problems. The following is how his role was described in his sentence:

> Aliwi led a deadly squad, who for months drove along the roads of the area with the intent of killing Jews… The Defendant was directly involved in all of the squad's activities and was an active partner in planning the terrorist attacks, provided the weapons, assisted the members of the squad before, during and after the execution of the terrorist attacks"[47]

As for the members of the operational cell, as described above, the central participants were Yahya Haj Hamad, Samir al-Kusa, and Karam Rizq, who was wounded during the Attack. The verdict against Samir al-Kusa describes his role as a member of the cell — a role identical, in principle, to that of the other members.

> The Defendant was a member of a deadly squad… The Defendant was directly involved in all of the squad's activities and was an active member in planning and executing the terrorist attacks carried out by the squad.[48]

Constructing the Force — Recruitment

Recruiting for the cell responsible for murdering the Henkins is described above. The cell's commander, Ragheb Aliwi, was responsible for recruiting operatives to the terror cell. The recruitment, as customary in Hamas, was by the "friend referral" system. The cell's commander, its members themselves, or members of the areal infrastructure, recommend candidates whom they know to be reliable and appropriate for the task. (Sometimes the person recommending will make a preliminary determination of the candidate's willingness to volunteer for terrorist operations under the organization.) It is the cell's commander who approves and recruits the candidate, with the approval of the command echelon. (In some cases, the command echelon's approval is an approval in principle for recruitment of another operative into the cell, and the command echelon does not always know the recruit's identity, the reason being information security/anonymity.)

Operational, Logistical, and Intelligence Preparations

The high professional level of the cell also typifies the modus operandi of an operational cell of Hamas. In the case before us, the cell's commander, Ragheb Aliwi, had vast operational experience under the Izz a-Din al-Qassam Brigades, as evidenced in the preparations as follows.

*Intelligence gathering for the operation, including the following*: examining the field and the targets for the attack and identifying worrisome weak points; sending lookouts and

---

[46] Verdict of Amjad Aliwi, court file 3568/15, June 22, 2016, clause 28.

[47] Verdict of Ragheb Aliwi, court file 3330/15, July 12, 2016, clause 33.

[48] Verdict of Samir al-Kusa, court file 3218/15, June 22, 2016, clause 24.

patrols in advance to collect information about, *inter alia*, the presence of Israeli security forces in the area of the attack; examining arrival routes to — and escape routes from — the attack site; and examining the presence of Israelis (as attack targets) or Palestinians (who might be harmed) as factors influencing the choice of targets. Examination of activity in the area intended for the attack, according to time of day. In cases where the intelligence indicated problems or dangers in the operation, the cell chose to refrain from putting its plans into action.[49]

*Logistical preparation by the cell*: Collecting appropriate weaponry for mounting the attack, examining the weapons before purchase by qualified operatives, practice with the weapons and training by the cell's commander, issuance of operational requirements to the responsible command office (such as the requirement for a pistol, and for a hideout or place of concealment when a kidnapping attack was planned). Arranging for a physician on call to help the cell in case of need. (The scenario was that the kidnap victim could be wounded and require medical care. During the Henkin Attack, one of the cell members was wounded by friendly fire, and the physician was called in.)[50]

Preservation of information security, and security for the members of the cell and of the areal infrastructure. In this respect too, the professional level characterizing the operational cells of Hamas is plainly evident. As mentioned above, some members of the command echelons were not known to the operative cell members.

On the tactical level, signals and code words were chosen for reporting on the phases of the operation's execution. (In order to minimize the danger that the mobile phones carried by the members would enable the cell to be pinpointed during the operation, it was agreed that a single ring of the mobile phone would serve as a reporting signal.) The cell was aware of the danger that it might be discovered by means of the mobile phones that its members carried, and the cell's commander instructed them to turn off their phones for the duration of the operational activity. For other operational purposes, code words were established for use in reporting. The attackers wore face coverings and gloves, and they covered the license plates of the vehicle they used.[51]

The characteristics of the activity — the modus operandi, the exacting preparation described above, the high professional level of the Izz a-Din al-Qassam cell that murdered the Henkins — are consistent with the characteristics of a formal, organized cell of the organization and support the conclusion that it was indeed an organized cell of Hamas.

### 6.    Hamas Directed the Terror Attack

The murderous terror attack against the Henkins on October 1, 2015, was perpetrated by Hamas's Izz a-Din al-Qassam Brigades. To justify that claim, the terror attack will be analyzed below according to the following criteria:

---

[49] Sentence of Karam Rizq, court file 3220/15, June 22, 2016, clause 10. The cell members went to check a spring in the area where Jews often visit, but when they saw Arab visitors at the spring area, they decided to cancel the plan to attack there. Another example is mentioned in Yahia Haj Hamad's sentence, clause 11, court file 3219/15: a plan to carry out an attack at the Joseph Tomb in Nablus. The plan was cancelled when the cell members realized that there were too many Palestinian security forces in the area.

[50] Sentence of Karam Rizq, court file 3220/15, June 22, 2016, clauses 20-21.

[51] Ibid, clause 16; Sentence of Yahia Haj Hamad, clause 19.

- Hamas assumed responsibility for the terror attack at Hamas websites, on websites associated with Hamas, and in particular on the website of the organization's operational terror wing, the Izz a-Din al-Qassam Brigades. Statements by senior figures and holders of official positions in Hamas implying Hamas's responsibility for the terror attack, indications demonstrating Hamas's responsibility that appear on on-line banners or posters and in pictures relating to the terrorists, to the terror attack, and to associated events (arrests, demolitions of terrorists' houses, etc.).

- Authorized offices in Israel (the Israel Security Agency) identified the terrorists as Hamas operatives.

- Analysis of the organizational profiles of the terrorists, who participated in the terror attack, the high-level organizational underpinnings, and the cell itself demonstrate that Hamas committed the Attack. These profiles include a survey of the organizational past of each of the terrorists inside Hamas, that individual's participation in the organization's activity, his standing in the organization over the years preceding the perpetration of the Henkin Attack, his participation and role in the Hamas apparatus (both the operational and command cells) that was responsible for the terror attack, the decisions and determinations of the court regarding his membership in Hamas over the years and specifically within the cell that perpetrated the Henkin Attack, and the confessions and declarations of the terrorists who participated in the attack admitting that they are Hamas operatives and/or operatives of the Izz a-Din al-Qassam Brigades.

<u>Hamas Assumed Responsibility for the Terror Attack</u>

Hamas assumed responsibility for the terror attack against the Henkins in a manner that was typical of the organization's behavior. The timing of the claim of responsibility was consistent with the Hamas policy of practicing a certain degree of vagueness regarding publication of an official announcement as long as conditions are not yet ripe. Accordingly, Hamas did not rush to announce responsibility for the terror attack on its own behalf, or on behalf of its operational terrorist wing the Izz a-Din al-Qassam Brigades, at the official websites or by means of authorized spokespeople. Instead, Hamas chose its familiar policy of praising the operation, while scattering hints that Hamas was responsible for the operation on the one hand, but without explicitly saying so on the other.

Such typical hints included statements by Hamas spokespeople, including the most senior among them, as well as Hamas websites that mentioned the terror attack and praised it, stated that it was carried out by way of resistance (Muqāwamah)[52] and that its perpetrators were resisters (Muqawimin). The repeated use of the word Muqāwamah with regard to the Henkin Attack is meant to hint to Hamas's target audience that Hamas was

---

[52] "Hamas" is an Arabic acronym for "The Islamic Resistance Movement" *(Harakat al-Muqāwamah al-Islāmiyyah)*. The use of the word Muqāwamah (Resistance) hints that behind the operation and its perpetrators is Hamas — but not as a certainty, because the terms "resistance" (as a synonym for terrorism) and "resisters" (as a synonym for terrorist operatives) were common among Hamas operatives and are sometimes found on the organization's websites in reference to terror operations of other terror organizations.

the organization was behind the terror attack, without explicitly saying so. The reason for this indirection is that a clear assumption of responsibility at that time could have harmed terrorist assailants, who were then under investigation and on trial, other people who were in some way involved in the attack, or their families.[53]

As quickly as October 1, 2015, the very day of the murderous terror attack and before details of the attack were publicly announced, Hamas's official website published congratulations and praise for the "Eastern Nablus Operation" (as they were calling the terror attack at that point), and for its perpetrators, from the Izz a-Din al-Qassam Brigades spokesperson, along with threats that it "will not be the last heroic operation."[54] Abu Ubaida, who was responsible for that announcement, did not at the time admit that the terror attack was perpetrated by Hamas. But it is very common for Hamas spokespeople and Hamas leaders to praise terror attacks in general, including those perpetrated by other Palestinian terror organizations, and their praise is often published after a terror attack that is considered "successful" by measure of the severity of its results.[55]

On October 2, 2015, one day after the terror attack, a senior Hamas spokesperson named Mushir al-Masri[56] posted a greeting on his Facebook page[57] saying "A good resistance morning" (Sabah al-Muqāwamah) in honor of the murderous attack against the Henkins. The phrasing of the greeting, specifically his use of the term Muqāwamah, hints at the identity of the organization behind the terror attack (Hamas). In his text, Mushir al-Masri presents the reasons for the terror attack, and they are identical to the reasons that the cell's members presented during their police interrogation. Mushir al-Masri mentions, among other reasons, the death of a Hebron woman, from the "Hashalamun" family, during an attempt to perpetrate a terror attack. That specific and unusual reference raises suspicion that the Hamas leadership in Gaza had prior information about the terror attack and the background for its commission. However, at this stage Al-Masri is carefully avoiding an explicit claim of responsibility for the terror attack.

Other material published on behalf of the Hamas leadership and on Hamas websites during October 2015 also supported the Attack, and praised and glorified the terrorists, but did not explicitly claim responsibility. Thus, for example, the Hamas website listed the Henkin Attack beneath the heading "The Past Week's 'Harvest' of <u>Resistance</u> Operations." Despite the hint that Hamas was behind the terror attack (the use of the

---

[53] See above for discussion of the practice of delaying assumption of responsibility.

[54] https://hamas.ps/ar/post/3706/

[55] Those who send congratulations and praise to the perpetrators of terror attacks that hurt Israel, base their logic on Hamas ideology that prefers the path of armed struggle (i.e. terrorism) as the method of Palestine's liberation and considers all who follow that path, even if not among the ranks of Hamas, to be worthy of the organization's praise.

[56] Mushir al-Masri, a native of Beit Lahiya in the Gaza Strip, who represents Hamas and chairs the Hamas Foreign Relations Committee on the Palestinian Legislative Council. For more about him, see Guy Aviad's Lexicon of the Hamas Movement, page 187.

[57] The content of the post is listed at paragraph 167 of the Complaint in *Force v. Facebook*, No. 16-05490 (E.D.N.Y.).

word "Resistance," which is part of the full name of Hamas), there is no explicit claim of responsibility here.[58]

On October 6, 2015, three days after the start of the cell members' detention, Hamas published on its Facebook page (Facebook page of PALDF) a proclamation saying: "The Occupation has announced the arrest of the cell that carried out the Nablus Operation [the murder of the Henkins] which brought death to two settlers, and they [the cell] are members of a Hamas cell."[59] Here too, there is no explicit claim of responsibility on the organization's part, nor even any acknowledgement of responsibility for the deed, but only the use of the Israel Security Agency announcement (see above) and of Israeli sources that indicate the cell's organizational affiliation.

Also on October 6, 2015, the Hamas website also posted [60] a statement by the organization's spokesman Husam Badran in which he accused the Palestinian Authority's security apparatuses (its General Intelligence and Preventive Intelligence services) of turning over Karam Rizq al-Masri, the cell member who was injured and was hospitalized in Nablus (see the description of the terror attack, above) to the Israeli authorities. Although Badran praised the terror attack and condemned the Palestinian Authority's collaboration with Israel, still he refrained from explicitly indicating that the cell who committed the Attack belonged to Hamas.

Until months after the Henkin's attack, Hamas had not yet officially claimed responsibility. Fatah, on the other hand, claimed responsibility for the attack on the same day and a day after. On a number of websites identified with Fatah, the terror attack was attributed to a group called the Abd al-Qader al-Husseini Brigades, linked to the Al-Aqsa Martyrs Brigades, which is the Fatah terrorist wing.[61] For a Palestinian terror group to claim

---

[58] This section of the Hamas website, which enumerates terror operations against Israelis, includes among "resistance operations" all types of anti-Israeli actions without regard to the perpetrators' organizational affiliation. https://hamas.ps/ar/post/3723/%D8%AD%D8%B5%D8%A7%D8%AF-%D8%A7%D9%84%D9%85%D9%82%D8%A7%D9%88%D9%85%D8%A9-%D9%85%D9%82%D8%AA%D9%84-%D8%A5%D8%B3%D8%B1%D8%A7%D8%A6%D9%8A%D9%84%D9%8A%D9%8A%D9%86-%D9%88%D8%A5%D8%B5%D8%A7%D8%A8%D8%A9-17-%D8%A2%D8%AE%D8%B1%D9%8A%D9%86-%D8%AE%D9%84%D8%A7%D9%84-%D8%A3%D8%B3%D8%A8%D9%88%D8%B9-%D8%A8%D8%A7%D9%84%D8%B6%D9%81%D8%A9

[59] https://www.terrorism-info.org.il//Data/articles/Art_20880/E_169_15_691701197.pdf

[60] https://hamas.ps/ar/post/3759/%D8%A8%D8%AF%D8%B1%D8%A7%D9%86-%D9%8A%D8%AD%D9%85%D9%84-%D8%A3%D8%AC%D9%87%D8%B2%D8%A9-%D8%A7%D9%84%D8%B3%D9%84%D8%B7%D8%A9-%D9%85%D8%B3%D8%A4%D9%88%D9%84%D9%8A%D8%A9-%D9%83%D8%B4%D9%81-%D8%AE%D9%84%D9%8A%D8%A9-%D9%86%D8%A7%D8%A8%D9%84%D8%B3

[61] See, for example, a Fatah blog posted a very clear claim of responsibility on October 2, 2015: "The Brigades of the Shahid Abd al-Qader al-Husseini, one of the armed military wings of Fatah, announced tonight their responsibility for the shooting operation that took place near the settlement of Itamar... during which two settlers were killed and four more injured..." http://fateh1965.blogspot.com/2015/10/blog-post_19.html. Also on October 1, the day of the Attack, the Facebook page of a senior Fatah figure from Nablus, Mahmud al-Alul — a member of the Fatah Central Committee — quoted a report from the Palestinian press agency according to which Fatah carried out the terror attack: https://ar-

responsibility for a terror attack that it did not perpetrate, taking credit for the actions of a different group, is very uncommon because — as will be seen in the very case before us — the truth emerges. A group that claims responsibility for another group's terrorist actions risks losing some of its public credibility. Indeed, after Hamas claimed responsibility for the attack, Fatah's claim of responsibility receded.

On June 23, 2016, one day after the verdicts were announced for four of the cell members, who received two life sentences plus 30 years,[62] the Izz a-Din al-Qassam website quoted an announcement from a Hamas spokesperson, Husam Badran, which referred to the punishment imposed on the cell members. Badran announced that the "Resisters" among the Palestinian people would yet be released from prison in an exchange of prisoners because the members of the "Resistance" were working day and night to bring it about.[63] That declaration already contains a claim of responsibility, in the following words from Badran: "The sons of the Hamas movement are the ones who carried out the Itamar Operation." Later, the article notes that the court passed sentence on four members of an Izz a-Din al-Qassam Brigades cell, who carried out the "Itamar Operation."

The fact that the announcement, on behalf of a senior Hamas official, came one day after sentencing, with only hints of Hamas's responsibility beforehand, is consistent with the Hamas policy of not creating difficulties for their operatives by claiming responsibility during legal proceedings against them.

On October 11, 2016, Hamas spokesman Husam Badran published a call to the Palestinian public to join in a campaign to rebuild the home of Amjad Aliwi (which was demolished on that date), who, as described above, was a member of the cell's command echelon. In his call to the public, Badran stated explicitly that Amjad Aliwi, "the heroic prisoner, ... whose home the Occupation destroyed last night, headed the Al-Qassam cell that carried out the Itamar Operation… "[64]

An announcement claiming responsibility even more explicitly was published on behalf of the Izz a-Din al-Qassam Brigades on the Izz a-Din al-Qassam Brigades' website.[65] The exact date of that announcement's publication is not specified on the website, but in my estimation it was published only after the sentences had been handed down. That announcement says explicitly that "in this operation, joyful roars from the rifles of Al-Qassam reaped the souls of the two Zionists killed." By using the term "rifles of Al-

---

ar.facebook.com/pg/abujihad1965/posts/?ref=page_internal. Even Israel's Ministry of Foreign Affairs, in an announcement published on the day of the terror attack, echoed the inaccurate reports mentioned above according to which a group identified with Fatah perpetrated the terror attack. https://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Parents-of-six-killed-in-terror-shooting-1-Oct-2015.aspx.

[62] For example, military case 3568/15 against Amjad Aliwi, which refers to the sentencing of Amjad Aliwi, Ragheb Aliwi, Samir Kusa, Yahya Haj Hamad, and Karam Rizq al-Masri to two terms of life imprisonment plus 30 years.

[63] https://www.alqassam.ps/arabic/news/details/10367

[64] https://hamas.ps/ar/post/6251/

[65] https://www.alqassam.ps/arabic/battles/details/83

Qassam," the official site of the Izz a-Din al-Qassam Brigades confirms that the operational terror wing of Hamas was responsible for the terror attack.

After the sentences were handed down, and the Hamas terrorists began their prison terms, more than a few publications appeared in which senior Hamas figures and Hamas websites confirmed Hamas responsibility for the murderous attack against the Henkins. Those publications expressed great pride in the terror attack and in its results.

For example, on October 2, 2016, following upon the first anniversary of the terror attack, the PALINFO website, which is identified with Hamas, posted an article that profiled the terrorists who had participated in the murder and termed them "the five lions of Al-Qassam."[66] The official website of the Izz a-Din al-Qassam Brigades also posted a video on October 1, 2016, the first anniversary of the terror attack, depicting the terror attack, the cell members, the planning, and the preparations for perpetrating the terror attack. The video strongly highlights the point that the cell belonged to the Izz a-Din al-Qassam Brigades of Hamas.[67]

To this day, the murderous terror attack on the Henkins carries great symbolic importance for Hamas. The Henkins Attack became a milestone in the Hamas narrative; and in the subsequent years of 2017–2020, generally on the anniversary of the terror attack, the Hamas websites and spokespeople repeatedly mentioned and praised the "Itamar Operation" in which the Henkins were murdered. With the passage of time, additional details regarding the attack and its perpetrators emerge and are revealed on the websites. For example On March 28, 2017, it was written on the PALDF forum of Hamas that "the Itamar Operation" was one of the outstanding operations carried out by Hamas in the last two years.[68] On October 1, 2017, the second anniversary of the murderous terror attack, the Al-Qassam website posted a video headlined "Two Years Since Al-Qassam's Itamar Operation — The Spark for the Al-Quds Intifada." The video dramatized the terror attack in all its stages.[69] On October 1, 2018, the third anniversary of the murderous terror attack, a web banner was posted on Twitter with pictures of seven members from the "Itamar Cell." The web banner included praise for the terror attack and for the terrorists, symbols of Hamas and of Izz a-Din al-Qassam, and a statement that the "Itamar Operation" sparked the Al-Quds Intifada.[70] Finally, on January 10, 2018, in an article about Amjad Aliwi's family, he was termed "the Qassami prisoner."[71]

In addition, some have suggested that the terror attack and the terror cell were connected with the Hamas leader's deputy, Saleh Al-Arouri, as does the theory that he was the one who ran the cell in practice.[72] Arouri is a senior Hamas operative, who in 2015 operated from Turkey, which provided Hamas with political, economic, and propaganda support. In Turkey he enjoyed freedom of action, which allowed him to direct the Hamas military-

---

[66] https://tinyurl.com/yybz53ek. For a picture of a Hamas flag on the home of Amjad Aliwi, see: https://tinyurl.com/y3lxuxzw.

[67] https://www.alqassam.ps/arabic/news/details/10948

[68] https://tinyurl.com/y4ydesko

[69] https://www.alqassam.ps/arabic/news/details/10948

[70] https://twitter.com/hashtag/%D8%A7%D9%8A%D8%AA%D9%85%A7%D8%B1

[71] http://asramedia.ps/post/5868/files.php

[72] http://www.arabexpert.co.il/2017/06/blog-post_4.html; https://tinyurl.com/y4bqrxv5

terrorist infrastructure in the West Bank. As part of Hamas's anti-Israeli incitement campaign, Arouri repeatedly called the residents of Judea and Samaria to carry out terrorist activities against Israel by beginning a third intifada.[73] Arouri was designated on September 10, 2015 as SDGT by the U.S. Treasury Department as a key member of the Hamas political bureau.[74] In 2017, he was elected as the deputy head of the Hamas political wing, a role which he maintains today.[75] It has been reported that, in December 2015, Arouri left Turkey under U.S. and Israeli pressure.[76] However, in August 2020, he attended a meeting in Turkey with Turkish Prime Minister Erdogan.[77]

When Bassam a-Sayih, a senior Hamas official who belonged to the apparatus in charge of the cell, died in prison in September 2019, a wave of publications resulted on the Hamas websites and in the Palestinian media, and it emphasized the fact that the murderous terror attack against the Henkins was an attack by Hamas — by the Izz a-Din al-Qassam Brigades. For example, a video in memory of Bassam a-Sayih, on the Izz a-Din al-Qassam Brigades website, explicitly revealed both his part in the murderous terror attack against the Henkins and his membership in the Izz a-Din al-Qassam Brigades.[78]

The claim of responsibility on the part of Hamas, and of its operational terror wing the Izz a-Din al-Qassam Brigades, of the murder of the Henkins, is consistent with the modus operandi typifying the organization in such matters. In the period immediately following the terror attack, and during the investigation and the court proceedings, the organization provided hints to its Palestinian target audience that it was behind the terror attack, supported it, and took pride both in the attack and in its perpetrators. At that stage, Hamas refrained from officially claiming responsibility, in order not to bring harm upon its operatives and their accomplices. However, when court proceedings ended and the cell members were imprisoned, the organization discarded the protective curtain of vagueness regarding the perpetrators of the terror attack and regarding their organizational affiliation. The more time passed, the more publicly and plainly Hamas explained that it was responsible for the Henkin Attack, which was perpetrated by

---

[73] http://www.terrorism-info.org.il/en/20706/ and https://www.shabak.gov.il/publications/Pages/NewItem190814.aspx

[74] https://www.treasury.gov/press-center/press-releases/Pages/jl0159.aspx

[75] https://www.middleeastmonitor.com/20171005-hamas-elects-saleh-al-arouri-deputy-head-of-its-political-bureau/

[76] https://www.jpost.com/middle-east/source-top-hamas-operative-has-left-turkey-following-heavy-us-israeli-pressure-437969

[77] https://www.jpost.com/middle-east/turkeys-erdogan-hosts-large-hamas-delegation-with-wanted-terrorist-639597

[78] https://alqassam.ps/arabic/attachments/videos/files/fwasel/ETMAR-SAYH.mp4. For some other examples, please see:

- Remarks in memory of a-Sayih on the Al-Qassam website, including the description above: https://www.alqassam.ps/arabic/martyrs/details/2931.
- A Hamas website that posted a notice of bereavement in memory of a-Sayih emphasized his responsibility for the murder of the Henkins (the Itamar Operation) and his standing as a "shahid" of the Hamas movement:  /https://hamas.ps/ar/post/10989.
- An web banner from the Izz a-Din al-Qassam Brigades, which was also published upon the death of a-Sayih and which was reported on the Islamic Brotherhood website, called a-Sayih a Qassami commander and shahid, one of the heroes of the Itamar Operation.  See below, p. 30.

operatives of the Izz a-Din al-Qassam Brigades. In the organization's discourse, the terror attack even became a milestone signaling the start of the terror wave of 2015, which Hamas terms "the Al-Quds Intifada." The death of a senior figure in the apparatus responsible for the terror attack, from natural causes while he was serving his prison term, served as an opportunity for Hamas to publicly boast of the terror attack and to release additional details, on its websites, about the circumstances of the terror attack.

<u>The Israel Security Agency Identified the Terrorists as Hamas Operatives.</u>

The Israel Security Agency (ISA), known colloquially as the Shin Bet, is tasked by the State of Israel with preventing terror. The ISA is the government body responsible for the security of the state's citizens inside the country. The General Security Service Law, 5762/2002, which defines and regulates the operations of the ISA, states that the ISA is responsible for protecting domestic security, governmental functioning, and the services and institutions of democracy against threats from terror, sabotage, subversion, espionage, and the exposure of state secrets. The ISA is thus the government's official and legally authorized unit for averting terrorism, searching out its perpetrators and planners, interrogating them, and bringing them to trial. Regarding everything connected with terrorism and with foiling terrorism, the ISA's announcements and conclusions are considered professional, true, and reliable by the State of Israel as a whole and by the Israeli intelligence services.

On October 5, 2015, following the arrest and interrogation of members of the Hamas cell, who were apprehended a few days after the terror attack, the Israel Security Agency issued a report regarding the terror attack, and the report attributed responsibility for the attack to Hamas. According to the report, it was a Hamas cell that perpetrated the murder, and the names of most of the cell members were provided.[79]

The ISA has never corrected or withdrawn this October 5, 2015 report. Had it eventually concluded that Hamas was not responsible for the Attack, the ISA, in my experience, would have likely issued a new report containing that conclusion.

<u>The Perpetrators of the Terror Attack Had Strong Connections to Hamas.</u>

### *Senior figures in command*

As mentioned above, the Hamas terror apparatus responsible for the Henkin terror attack was composed of a command echelon and an operational echelon.

The command echelon saw to funding, acquisition of materiel, recruitment of new members, and approval from the higher command for the plans and the actual operational activity. That command echelon included Bassam Amin Muhammad a-Sayih, Iyad Wadi Tawfiq Abu Zahra, Amjad Adel Muhammad Aliwi, and Muhammad Imad Ramadan al-Qutub.

<u>Bassam</u> <u>a-Sayih</u> — Born 1973, died of cancer in 2019 while in prison. A resident of Nablus, a-Sayih was arrested on October 8, 2015, and charged with involvement in the murder of the Henkins and with being a Hamas operative since at least 2004. In fact, he

---

[79] The Israel Security Agency report was apparently only issued in Hebrew: https://www.shabak.gov.il/publications/Pages/NewItem61015.aspx

was involved in founding the cell, was aware of its activity and even authorized it, and funded the cell's various needs.[80] For this, he was convicted of involvement in terror activity.[81] A-Sayih was a veteran, high-level Hamas operative in Nablus. Upon his death in 2019, Hamas revealed a great deal of information about his activity through the eulogies and praise devoted to him on the websites associated with the organization.[82]

A-Sayih was already a Hamas operative in the 1990s.[83] For his Hamas activity, he was arrested by the security forces of the Palestinian Authority as early as 1996.[84] He was subsequently arrested again by terror prevention forces of the Palestinian Authority in 1998, apparently in connection with terrorist activity by his brother Amjad a-Sayih, who was also a terrorist operative of Hamas.[85] In 2001, he was once more arrested by the Palestinian Authority while in the company of a senior figure of the Izz a-Din al-Qassam Brigades in Nablus, Muhammad al-Hanbali, who served as an "engineer" (a maker of explosive belts for suicide terrorists).[86] He was captured in 2002 by the security forces of Israel and detained for approximately a year and a half for involvement in Hamas activity; and between 2007 and 2011 he was arrested a number of additional times by the Palestinian Authority. Hamas sources have claimed that he was tortured while under arrest. The circumstances of the arrests, and the people with whom he had ties at the time of arrest, demonstrate that he was involved in Hamas terror activity. And indeed, as discussed below, the Izz a-Din al-Qassam considered him one of their operatives.

Alongside his terrorist activity, Bassam a-Sayih was active in the political sphere on Hamas's behalf — as a member of a body known as the Organizational Committee — which worked for the victory of the list of Hamas's candidates in the elections for chair

---

[80] Shomron Military Court Case 3568/15 against Amjad Aliwi: the indictment, as well as the verdict and sentencing from June 22, 2016. See also the indictment against a-Sayih, Shomron Military Court Case 2305/15.

[81] The verdict of Bassam a-Sayih, Shomron Military Court file 3342/15, August 29, 2019.

[82] The phenomenon whereby Hamas and its leaders pay tribute to a dead operative of theirs and thus allow themselves to reveal information about his deeds (information that could have been harmful to the terrorist during his lifetime but which his death rendered harmless) is a phenomenon known to us. Thus, for example, much information was revealed about the deeds of another senior Hamas operative, who was a Member of Parliament representing the organization — Hamed Bitawi, also from Nablus — after he died in April 2012.

[83] Regarding his arrests and imprisonments over the years, see the posthumous biographical summary on the Izz a-Din al-Qassam Brigades website: https://www.alqassam.ps/arabic/news/details/15395. Many details about his Hamas activity over the years emerge from an indictment filed against him in 2015, Prosecution File 2305/15 at the Shomron Military Court.

[84] In April 1996, with a wave of suicide terror attacks by Hamas operatives threatening the stability of the Oslo Accords and with the USA and Israel exerting pressure, the Palestinian Authority saw to the arrest of hundreds of major Hamas operatives whom its intelligence sources had characterized as dangerous. Bassam a-Sayih was arrested as part of that operation.

[85] Amjad a-Sayih, an activist in the Hamas operational terror wing the Izz a-Din al-Qassam Brigades, was sentenced to twenty years' imprisonment for his terror activity. See the PALINFO website, which is identified with Hamas, https://tinyurl.com/y33yv6a2.

[86] Regarding the high standing of Muhammad Hanbali in the Hamas terrorist infrastructure, see Guy Aviad's Lexicon of the Hamas Movement, Modan Publishing House, 2014, pages 139–140.

and members of the Nablus municipal council, which were held in December 2005.[87] At various times, starting in 2004, a-Sayih was responsible for Hamas activity at the mosques of Nablus as part of the Hamas civil infrastructure in the city.

A-Sayih was accused and convicted of participation in administering a channel for smuggling Hamas terror funds from Jordan into the West Bank. While he was staying in Jordan with his wife for his cancer treatment at the expense of Hamas, from September 2014 to April 2015, he and his wife participated in that money-smuggling network as central participants. The network purchased gold in Jordan, smuggled it into the West Bank through gold dealers in Nablus, and converted it to funds that were channeled to the city's Hamas terror infrastructure.[88] In July 2015, dozens of Hamas terror operatives from Nablus were arrested in connection with the money-smuggling network that was aided by Bassam a-Sayih. Hundreds of thousands of dollars had been passed to the Hamas command in Nablus from Husam Badran the Hamas spokesman — a native of Nablus who was living in Qatar.[89]

After Bassam a-Sayih died of cancer on September 8, 2019, in an Israeli prison, the official website of the Izz a-Din al-Qassam Brigades[90] published a military notice eulogizing Bassam a-Sayih on behalf of the Brigades. The eulogy explicitly stated that Bassam a-Sayih was an operative of the Izz a-Din al-Qassam Brigades and that he participated in the terror attack operation at Itamar (the murder of the Henkins). In addition, the eulogy attributed the perpetration of that operation to the Izz a-Din al-Qassam Brigades.[91] A notice of bereavement appeared in his memory on the Hamas website, and which explicitly referred to him as a Hamas shahid.[92] Other websites

---

[87] The Hamas list of candidates, headed by Adli Rif'at Saleh Ya'ish, did indeed win the elections. Regarding him, see Michael Milstein's The Green Revolution, Dayan Center, Tel Aviv University, page 169.

[88] A detailed report on the Hamas network and its deeds may be read at the following websites https://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Palestinian/Pages/Nablus-Hamas-terror-cell-uncovered-3-Jul-2015.aspx. Those arrests from among the Hamas infrastructure of Nablus continued into August 2015 as well, and 93 suspects were arrested. Israeli security forces announced then that the terror apparatus in the Nablus area had been run by Saleh al-Arouri, a senior Hamas figure, and that in that terror apparatus, which operated a channel for smuggling money, Bassam a-Sayih was also active. https://www.haaretz.com/.premium-shin-bet-40-arrested-amid-crackdown-on-hamas-in-west-bank-1.5374851. Saleh al-Arouri was designated in the U.S. as a person involved in Hamas terror activities. He was entered into the SDN list by the American Department of Treasury in September 2015. The designation was also published in the American Department of Treasury's website: www.treasury.gov/resource-center/sanctions/OFAC-Enforcement/Pages/20150910.aspx.

[89] https://www.ynetnews.com/articles/0,7340,L-4674956,00.html

[90] https://www.alqassam.ps/arabic/statements/details/5431

Because this website was an official organ of the Izz-a-Din al-Qassam Brigades, Israel blocked access to it from Israeli territory, and this can point at the fact that this is the official website of Izz al-Din al-Qassam Brigades.

[91] See the Izz-a-Din al-Qassam Brigades website at https://www.alqassam.ps/arabic/news/details/15395 where his deeds are eulogized, he is unambiguously identified as a commander in the ranks of the Izz a-Din al-Qassam Brigades, and the fact is noted that he was a confederate in the murderous terror attack against the Henkins. At the same link, a video appears with content similar to the above and it gives evidence of the pride that the Izz a-Din al-Qassam Brigades take in the terror attack perpetrated by their members, Bassam a-Sayih among them, which brought death to the Henkins.

[92] See: https://hamas.ps/ar/post/10989

identified with Hamas published electronic banners or posters (like the one shown below) and expressions of praise for Bassam a-Sayih, all stressing the fact that he was an operative of the Izz a-Din al-Qassam Brigades and was involved in the "Itamar Operation" (the murder of the Henkins).[93]



*The [Izz a-Din] al-Qassam Brigades escort the Qassami field commander, the shahid Bassam a-Sayih, one of the heroes of the Itamar Operation which punctured the confidence of the Zionists and kindled the Al-Quds Intifada, to his celestial wedding.  [A-Sayih] died from intentional medical neglect in the Zionist prison system.[94]*

Bassam a-Sayih was thus one of the core activists of Hamas in Nablus and, in that organization's tradition, he operated simultaneously inside the organization's civil–political infrastructure and inside its terror infrastructure, the Izz a-Din al-Qassam Brigades.

<u>Iyad Abu Zahra</u> — Born in 1975, resident of Nablus. He was arrested on October 6, 2015, and convicted of membership in Hamas, of procuring weaponry and furnishing it to the Hamas cell that murdered the Henkins, of participation in the funding of the cell members, and of abetting the escape of a wounded cell member.[95] He was sentenced, under a plea bargain, to seven years in prison. In his plea bargain, Abu Zahra pleaded guilty to the accusations of being a member of Hamas, recruiting the senior commander of the cell, Amjad Aliwi, and approving the recruitment of the cell's commander, Ragheb Aliwi. He

---

[93] For example, items on the PALINFO website, which is identified as a Hamas website, regarding a-Sayih's affiliation with the Izz a-Din al-Qassam Brigades, that include quotes from the Izz a-Din al-Qassam website and from the "Military Announcement" that the Izz-a-Din al-Qassam Brigades published in memory of a-Sayih along with explicit statements that Bassam a-Sayih was one of the organization's field commanders: https://tinyurl.com/y3dnlusz. A banner that was published on a forum identified with Hamas's parent organization, the Islamic Brotherhood, explicitly notes a-Sayih's membership in the Izz a-Din al-Qassam Brigades as a commander in the Brigades and his part in the murderous terror attack against the Henkins. https://tinyurl.com/y5dug6ke.

[94] https://tinyurl.com/y5dug6ke. The car pictured in the internet banner is the Henkins' vehicle with the body of Eitam Henkin blurred.

[95] Verdict in case no. 3566/15, August 16, 2016, The Military Prosecutor versus Iyad Abu Zahra, Shomron Military Court.

also pleaded guilty for the accusations of funding the purchase of weapons and the hospitalization of Karam Rizq in a hospital in Nablus after the attack.[96]

Abu Zahra was already a veteran Hamas operative when he participated in the command echelon that was responsible of the murder of the Henkins. As a youth, in 1999 he was confined to a prison of the Palestinian Authority[97] for what was termed "political activity," meaning activity in the framework of Hamas. He had served prison sentences in Israel for crimes of terror involvement in 2003 and 2006.[98]

As early as 2003, Israeli security forces were seeking to arrest Abu Zahra as a Hamas terror operative. The circumstances of his arrest highlight that he was a terror operative: The arrest was carried out during an incursion of IDF soldiers into the old city of Nablus and was accompanied by gunfire that hit Abu Zahra in the chest.[99] After he was arrested in 2003, he served a prison sentence in Israel for crimes of terror involvement, and while in jail, he was sentenced again in 2006.[100]

Abu Zahra's high standing in Hamas was evidenced upon his release from prison in 2012 after he served eight years and a half there. Hamas delegates from the Palestinian Legislative Council visited his home in the Nablus area upon his release. That visit was publicized on the official Izz a-Din al-Qassam Brigades website.[101] As soon as Iyad Abu Zahra was released from prison, accusations on the internet claimed that the Palestinian Authority's security forces had abducted him for interrogation.[102] That fact that the PA security forces would have abducted and interrogated him points clearly to the fact that he belonged to Hamas and was indeed one of its central figures. On various websites, Iyad Abu Zahra is termed a "prisoner from Al-Qassam"[103] and his name appears on the Hamas website as an imprisoned member of the organization.[104]

Iyad Abu Zahra was thus a veteran and senior terror operative of Hamas in the Nablus area when he joined the apparatus that served in the command echelon that provided the logistical underpinning for the terror cell that murdered the Henkins. The public visit of Hamas representatives from the Palestinian Legislative Council to his home, immediately upon his release, bespeaks his high standing and seniority in Hamas, as well as

---

[96] See his amended indictment, court file no. 3266/15.

[97] Regarding his arrest and imprisonment by the Palestinian Authority, see http://www.gmo.ps/ar/?page=news_det&id=96745#.X2JI45Mzbm0, and a website identified with Hamas, https://tinyurl.com/y59luzab.

[98] Verdict 7842/03 and verdict 1882/06, the latter issued while Abu Zahra was serving a sentence in an Israeli prison.

[99] For the circumstances of his arrest and injury, see the PALDF forum of Hamas: https://www.paldf.net/forum/showthread.php?t=941226. And this report of September 1, 2003, from the Palestinian news agency: https://info.wafa.ps/ar_page.aspx?id=3450.

[100] Verdict 7842/03 and verdict 1882/06, the latter issued while Abu Zahra was serving a sentence in an Israeli prison.

[101] The report from the Al-Qassam website, May 23, 2012: https://tinyurl.com/y5ywkx95.

[102] http://www.gmo.ps/ar/?page=news_det&id=96745#.X2saa5MzalN

[103] See for example: https://tinyurl.com/y5msk39h and www.gmo.ps/ar/?page=news_det&id=96745#.X2iUyWhvZPa-%D8%B2%D9%87%D8%B1%D8%A9.

[104] https://hamas.ps/ar/prisoner/3347/

demonstrating the typical Hamas overlap between the so-called "political echelons" and the operative terrorist ranks.

Amjad Aliwi — Born in 1972, resident of Nablus. Arrested on October 6, 2015. He was convicted of involvement in the murder of the Henkins, of membership in Hamas, of recruiting others into the organization, of procuring weaponry for the Hamas cell, of seeing to the cell's logistical needs, and of other criminal counts to which he confessed.[105] He was sentenced to two life terms and an additional thirty years in prison.

Amjad Aliwi had previously been convicted as a Hamas operative by the time in 2014 when he founded the Hamas cell that was behind the murderous terror attack against the Henkins. Aliwi had already served 19 months in an Israeli prison as punishment imposed in 2008 for his Hamas membership.[106] Aliwi was arrested in 2007, as was Bassam a-Sayih, both having aided Hamas in the Nablus elections that were held in 2006, at which time he also began to recruit a terror cell for Hamas that did not have the opportunity to actually carry out terror attacks. Amjad Aliwi had additional prior convictions for security violations, in 2003 (harboring wanted individuals) and in 1993. Amjad Aliwi's activity is another example of the tendency of Hamas operatives to be active in tandem with both political activity and in terrorism.

Along with the convictions of Amjad Aliwi for membership in Hamas in 2008 and 2016, Hamas claimed him as an operative on a number of occasions. For example, he was included on the official Hamas website in a list of Hamas prisoners.[107] In addition, in 2009, the Hamas Ministry of Information in the West Bank included his name in a list of the organization's members incarcerated in the Palestinian Authority's prisons.[108]

In posters, including some that were posted on Amjad Aliwi's house before its demolition, he is described as a "Qassami prisoner." [109] On his house which was slated for destruction, a Hamas flag was flown next to the posters. The display of the flags on a terrorist's house that is slated for destruction is another customary act that publicly indicates the terrorist's organizational affiliation.[110]

Amjad Aliwi was thus a veteran, convicted Hamas operative when he initiated the founding of the Hamas cell that perpetrated the murder of the Henkins. He was convicted, on the basis of his confession, of membership in Hamas and in its terror wing. Hamas, for its part, also publicly emphasized Amjad's membership in the organization.

Muhammad al-Qutub — Born 1983, resident of Nablus. Arrested on October 26, 2015. Muhammad al-Qutub was recruited into the Hamas cell in 2014 by the two founders of that cell, Bassam a-Sayih and Amjad Aliwi (see above). His job was to assist those two, and in that role, he engaged in the transfer of weaponry, which they funded and

---

[105] Shomron Military Court Case 3568/15 against Amjad Aliwi: the indictment, as well as the verdict and sentencing from June 22, 2016.

[106] Shomron Military Court Case 2498/07 against Amjad Aliwi, sentencing from February 25, 2008.

[107] https://hamas.ps/ar/prisoner/4899/

[108] https://www.paldf.net/forum/showthread.php?t=382719&styleid=15; https://abualgasam.ahlamontada.net/t78-topic.

[109] https://tinyurl.com/y4vzwefm and see also http://ftp.qudspress.com/index.php?page=show&id=57850

[110] See the video on the Ma'an news agency's website: https://www.maannews.net/news/870772.html.

purchased, for the operational cell's use. Al-Qutub was convicted of membership in Hamas, starting in 2014, and of Hamas activity that included, inter alia, transferring military materiel, assistance in the procurement and concealment of weaponry, and transferring funds for the purpose of terrorist activity. At that time, al-Qutub confessed to being a member of the terror cell (a "military cell" in legal language) of Hamas, and he was sentenced to 70 months in prison.[111]

When Muhammad al-Qutub joined the cell, he was already a former prisoner, having been convicted in 2007 of membership in Hamas and of attempting to found a terror cell for the purpose of planting a bomb.[112] According to the indictment and sentencing in that case, his membership in Hamas began as early as 2004. In that case too, al-Qutub was convicted on the basis of a confession in the context of a plea bargain. He was sentenced to 20 months in prison. When he was arrested in October 2015, the Izz a-DIn al-Qassam Brigades website's report on his arrest noted that he was an ex-prisoner.[113] The Hamas website noted that he was a prisoner from among Hamas.[114] Muhammad al-Qutub was thus not chosen randomly by Bassam a-Sayih and Amjad Aliwi to be their assistant. He joined under the "friend referral" system that is commonly used for Hamas recruitment, with the other senior members aware that they were recruiting a person who was loyal to their ways and who had already served in prison for Hamas activity.

The above four senior Hamas operatives of the organization's Nablus infrastructure who took the initiative for the founding of the cell and whose assistance, instructions, and orders brought about the perpetration of the terror attack in which the Henkins were murdered.

### _The cell that perpetrated the attack_

To recap, the following Hamas operatives were members of the cell that perpetrated the Attack: Ragheb Ahmad Muhammad Aliwi, the commander of the cell and liaison with its higher command, and, reporting to him, Yahya Muhammad Naif Abdallah Haj Hamad, Samir Zuheir Ibrahim Kusa, and Karam Lutfi Fathi Rizq al-Masri. They in turn had a number of accomplices, the most significant being Zayd Zayyad Jamil Amer. He joined the cell in September, roughly a month before the terror attack. Before the cell set out to perpetrate the terror attack, Amer assisted in examining the route where the cell would intercept the Henkin family's car.[115]

Ragheb Aliwi[116] — Born in 1978, resident of Nablus, he was arrested on October 3, 2016. Ragheb Aliwi was a Hamas cell commander, and he directly and continuously

---

[111] Shomron Military Court Case 3331/15 against Muhammad al-Qutub: the indictment, as well as the verdict and sentencing from August 16, 2016.

[112] Shomron Military Court Case 2587/07 against Muhammad al-Qutub, sentencing from December 3, 2007.

[113] https://tinyurl.com/y83bc9gd

[114] https://hamas.ps/ar/prisoner/4980/

[115] Because of his marginal importance, we have not described Amer's background here.

[116] The man's first name is Ragheb. Transcribed into a language where not all the letters of the Arabic alphabet have equivalents, the spelling of his first name varies from one document to another. In some of

commanded the terror cell that murdered the Henkins. Ragheb Aliwi was convicted in 2015,[117] on the basis of his confession, of membership in Hamas and of activity under the organization's aegis as early as 2012.

In April 2015, he was recruited by Amjad Aliwi to command a Hamas terror cell. To his cell, he recruited Yahya Haj Hamad and Samir Kusa, two central Hamas terror operatives of the terror cell that murdered the Henkins. As the cell's commander, he was responsible for recruiting and training its members,[118] responsible for plotting the cell's activity, responsible for obtaining approval from the higher command (Amjad Aliwi), and in practice responsible for operating the cell and for seeing to its everyday needs. Ragheb Aliwi was convicted of responsibility for the murder of the Henkins and sentenced to two life terms and an additional thirty years in prison.[119] At his sentencing, his final words to the court emphasized that he was a member of the terror wing of Hamas, the Izz a-Din al-Qassam Brigades, and he spoke for them: "In the name of the Izz a-Din al-Qassam Brigades, we carried out this attack..."

The recruitment of Ragheb Aliwi to head the Hamas cell, upon recommendation by Amjad Aliwi, rested on Ragheb Aliwi's rich background as a veteran, experienced operative of the Izz a-Din al-Qassam Brigades. Ragheb Aliwi was arrested in February 2007 and convicted of membership in Hamas going back as far as 2005.[120] He was recruited into the organization's terror squad and as part of his activity there he trained the cell members in the use of weaponry. He would make use of that experience later. He was also convicted of serving as an armed guard in Ramallah for members of the Legislative Council who represented Hamas. His appointment to that significant and sensitive role bespeaks, on the one hand, the high level of skill attributed to him among the senior leadership of Hamas in operating weaponry and in performing as a fighter, and on the other hand, his reputation as very faithful and reliable in his loyalty to Hamas. For that activity, Ragheb Aliwi was convicted in October 2007 and sentenced to twenty months in prison.

Upon his release from prison, Ragheb Aliwi became an intelligence target by the Palestinian Authority's security forces. He was arrested by the Palestinian Authority and incarcerated in its prisons a number of times during the years 2010–2011.[121]

---

the Hebrew-language documents, including court documents, the name is mistakenly spelled as if it were "Rajeb," but the reference is to the same man because he is identified by the same ID number as on other documents.

[117] Shomron Military Court Verdict, Case 3219/15, May 19, 2016.

[118] As will be shown below, Ragheb Aliwi had previously accumulated experience in operating weapons in the framework of Hamas, and he used that experience when responsible for training the cell members whom he recruited.

[119] Sentencing in Case 3219/15, from June 22, 2016.

[120] Shomron Military Court Case no. 1785/07 against Ragheb Ahmad Muhammad Aliwi: the indictment, as well as the verdict and sentencing from October 18, 2007.

[121] Thus, for example, it was claimed on the A-Risala website, which is identified with Hamas, that he was abducted by Fatah in February 2010 and held by them for almost a year. https://tinyurl.com/yyw3523q According to a Hamas website, PALINFO, Hamas claims that the Palestinian National Authority (under Mahmoud Abbas) arrested 60 Hamas operatives and held Ragheb Aliwi in a Palestinian prison for 17

Ragheb Aliwi was therefore, a veteran, experienced Hamas member when he joined the cell that murdered the Henkins.

Yahya Haj Hamad — Born in 1991, resident of Nablus. Arrested on October 3, 2015, for his part in the murder of the Henkins. Convicted, on the basis of his confession, of membership in Hamas and of belonging to a "military cell" (i.e. a terror cell) of the organization. He was recruited into the cell by Ragheb Aliwi. As described above, Haj Hamad was the one who actually shot and killed the Henkins. For the murder of the Henkins and for additional crimes (among others, participation in further terror attacks that included attempted murder, membership in a Hamas terror cell, dealing in weaponry, and planning a kidnapping), he was sentenced to two life terms and an additional thirty years in prison.[122]

The behavior of Haj Hamad, and the remarks in his confession to the police and at court, leave no doubt regarding his organizational affiliation to Hamas and to the Izz a-Din al-Qassam Brigades. In his confession to the police, he admitted that he belongs to Hamas and that the terror attacks he perpetrated were on behalf of Hamas.[123] In one of the confessions, he related that some months before the terror attack, he composed a will in which he wrote of dying as a shahid, and he was photographed wearing a green headband that bore the words "There is no God but Allah," a headband typifying Hamas operatives.[124] Those two indications are typical of Hamas operatives who intend to risk their lives in a terror attack. In his final statement to the court before his sentencing, Haj Hamad stressed his membership in the Izz a-Din al-Qassam Brigades of Hamas and said: "... We, when we joined the Izz a-Din al-Qassam Brigades, knew that the Al-Qassam Brigades do not leave their lions in confinement, unlike you who leave mice in Gaza..." Haj Hamad expressed no remorse for his deed. He was proud of it, and at his trial the judge declared: "...The defendant has expressed no regret, and to this day, in ostentatious defiance, he takes boastful pride in his deeds, excusing them to himself as acts he carried out in obedience to the will of God." Hamas recognized Yayha Haj Hamad as a prisoner from the organization, and that fact appears on the Hamas website.[125]

---

months before releasing him. https://tinyurl.com/yyfalhdr. And it was claimed again on the A-Risala website on May 14, 2011, that the Palestinian intelligence services were continuing to summon released prisoner Ragheb Aliwi again and again. https://tinyurl.com/yxjv2z2w. A brief biographical sketch on the OMAMH website, which is known for its attachment to Hamas, describes Ragheb Aliwi as the brain behind the planning of the Itamar Attack (i.e. the murder of the Henkins) that was perpetrated by the Izz a-Din al-Qassam Brigades (in the original a "Qassam operation carried out by a Qassam cell"). The biography says later that he was imprisoned for more than two years by the security apparatuses of the Palestinian National Authority, tortured during his detentions, and summoned many times to the Palestinian National Authority's intelligence apparatuses for his membership in Hamas. The article claims that his intelligence file was passed to Israel by the Palestinian National Authority. https://tinyurl.com/y375ctwg.

[122] Shomron Military Court File 3219/15 against Yahya Haj Hamad: the indictment as well as the verdict and sentencing from June 22, 2016.

[123] The police confession of Yahya Haj Hamad, October 4, 2015, 9:35 a.m. (the day after his arrest), in which he said that he has "belonged to Hamas for two years and until this day" (page 1). He also said in the same confession (page 12) that he confesses that all the terror attacks that he perpetrated with Samir (Kusa) and additional ones were under the Hamas aegis

[124] The police confession of Yahya Haj Hamad, October 18, 2015, 2:37 p.m.

[125] https://hamas.ps/ar/prisoner/4919/

Yahya Haj Hamad served, with his cruel murders and his crass behavior, as a role model among supporters of Hamas terror. The indictment against Riyad Fares Riyad Abu Hasan at Shomron Military Court, Prosecution File 1288/16, is instructive regarding the influence of Haj Hamad on others. This terrorist, who was convicted of Hamas activity and of an attempt to perpetrate bomb attacks and kidnappings, published the picture of Yahya Haj Hamad and accompanied it with words of praise and glorification for Haj Hamad.

Samir Kusa — Born 1982, resident of Nablus. Kusa was arrested on October 3, 2015, for his part in the murder of the Henkins. Kusa was convicted, on the basis of his confession, of membership in Hamas and of belonging to a "military cell" (i.e. a terror cell) of the organization. As described above, Kusa was recruited to the cell by Ragheb Aliwi and drove the car that was used in the murderous terror attack against the Henkins. He was sentenced to two life terms and an additional thirty years in prison for the murder of the Henkins and for other crimes (inter alia, participation in additional terror attacks that included attempted murder, membership in a terror cell of Hamas, trading in weaponry, and planning a kidnapping).[126]

From Samir Kusa's confessions to the police, and from his confessions regarding the counts of indictment on which he was convicted, it emerges clearly that Samir Kusa was a Hamas operative who acted under the aegis of the Izz a-Din al-Qassam Brigades. In his confession to the police, he said that he knew that he was acting on Hamas's behalf and that the terror attack was intended to be publicized as a Hamas attack.[127] Hamas acknowledged Samir Kusa as a prisoner from the organization, and that fact appears on the Hamas website.[128]

Karam Rizq al-Masri — Born in 1992, resident of Nablus, holds BA degree from A-Najah University. He was arrested on October 4, 2015, after being captured — according to media reports — from a Nablus hospital[129] where he was staying after being wounded during the Henkin Attack. As described above, Rizq al-Masri, armed with a pistol, attempted to kidnap the couple but then murder the couple but was hit by gunfire from fellow attacker Yahya Haj Hamad and was taken away from the scene of the attack. Because of his part in the murder of the Henkins, he was convicted, on the basis of his confession, of membership in Hamas and of belonging to a "military cell" (i.e. a terror cell) of the organization.[130]

---

[126] Shomron Military Court Case 3218/15 against Samir Kusa: the indictment, as well as the verdict and sentencing from June 22, 2016.

[127] Samir Kusa's confession to the police on October 5, 2015, at 4:20 p.m., page 2, where he said in response to a question: "From my standpoint [redacted] is a Hamas operative and [regarding] the attack, he was supposed to announce responsibility for the military activity in the name of Hamas." Page 4: Asked whether a different, earlier  military action was in the name of the organization, he replied: "From my standpoint [redacted] is a Hamas operative and… he was supposed to announce responsibility for the military activity in the name of Hamas."

[128] https://hamas.ps/ar/prisoner/4896/%D9%8A%D8%AD%D9%8A%D9%89-%D9%85%D8%AD%D9%85%D8%AF-%D9%86%D8%A7%D9%8A%D9%81-%D8%AD%D8%A7%D8%AC-%D9%85%D8%AD%D9%85%D8%AF

[129] https://www.shasha.ps/news/162738.html

[130] Shomron Military Court Case 3220/15 against Karam Rizq al-Masri: the indictment, as well as the verdict and sentencing from June 22, 2016.

In 2015 he agreed to be recruited into the Hamas terror cell by Yahya Haj Hamad, knowing that the cell was a Hamas terror cell intended to perpetrate a shooting attack in order to kill Israeli civilians. For the murder of the Henkins and for other crimes (including, inter alia, planning another terror attack, attempting murder, belonging to a military cell of Hamas, dealing in weaponry, and planning a kidnapping), he was sentenced to two life terms and an additional thirty years in prison.[131]

From Karam Rizq al-Masri's statements to the police,[132] and from his confessions to the counts of indictment of which he was convicted, it is clear that Karam Rizq al-Masri was a Hamas operative who acted willingly, and out of identification with Hamas, under the aegis of the Izz a-Din al-Qassam Brigades. Karam al-Masri expressed no remorse for his deeds, and in his final statement to the court, he said that he regretted nothing. The verdict notes that beyond not being regretful, he even took pride in his deed and he attempted, by various excuses, to justify his participation in the murder. Hamas acknowledged Karam Rizq al-Masri as a prisoner from the organization, and that fact appears on the Hamas website.[133]

## F.    Conclusion

On the basis of all the above, and in my expert opinion, I conclude that the Henkins were murdered by members of a cell that belonged to the Izz a-Din al-Qassem Brigades, the operational terror wing of Hamas.

_____
Arieh Dan Spitzen

---

[131] The verdict and sentencing from June 22, 2016.

[132] A declaration by Karam Lutfi Fathi Rizq al-Masri to the police, October 5, 2015, at 9:30 a.m., page 2, lines 36 ff: "I have supported and loved Hamas for some years, but I was recruited into Hamas in March 2015.  My recruiter for Hamas was my friend Yahya Naif Haj Hamad."

[133] https://hamas.ps/ar/prisoner/4894/

APPENDIX A

**Curriculum Vitae of Arieh Dan Spitzen**

**PROFESSIONAL BACKGROUND**

1. My name is Arieh Dan Spitzen. My areas of expertise are: The Palestinian Authority; Palestinian society — political, social and economic research of Palestinian society; the modus operandi of the Palestinian Authority and the various power brokers within the Palestinian Authority; the modus operandi and modes of conduct of Palestinian Islamic terror groups, such as Hamas and the Palestine Islamic Jihad, with emphasis on their civilian infrastructures which I have researched (and continue to research) over many years. I have 40 years of professional, practical, theoretical and academic experience in these areas.

2. Until January 1, 2009, I served as the Department Head for Palestinian Affairs and as Advisor for Palestinian Affairs at the office of the Coordinator of Government Activities in the Territories at a rank and position of Colonel.

At the present time I work as a consultant on the Middle East, with an emphasis on Palestinian issues, for private and institutional organizations and research institutes (including academic institutes).

In 1970, I joined the Israel Defense Forces ("IDF"), serving in an elite unit as the Israeli equivalent of a Navy Seal. In 1972, I transferred to the IDF's Intelligence Unit, where I served until 1974.

3. In 1976 I graduated with honors from the Department of the History of Islamic Countries and the Department of the History of the Jewish People, both within Jerusalem's Hebrew University.

4. Also in 1976 I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank (later to be known as the Civil Administration). I served as head of the Research Section for two years. I was chosen for this position based on my academic achievements by Professors Amnon Cohen and Menahem Milson, both of whom served at one time or another as Arab Affairs Advisor in the West Bank.

5. From 1978 to 1981 I served as assistant to Professor Menahem Milson of the Department for Arab Language and Literature and was employed as a research-assistant in the Van Leer Jerusalem Institute. At Van Leer I dealt with issues concerning the integration of the Arab population into all levels of Israeli society. At the same time I prepared a scientific research paper about Jerusalem's economy in the 18th century which was based on original documents in Turkish and Arabic that were discovered in the archives of Jerusalem's Muslim Court. In a related effort, I also completed a scientific article - published in the prestigious "Cathedra" magazine - about Jewish endowments in Jerusalem at the end of the 18th Century.

6. From 1981 to 1993 I was Head of the Research Section in the office of the Advisor for Arab Affairs in the West Bank, as well as Deputy Advisor. In these capacities I was involved in researching the socio-economic and political situation of the Palestinian population, while focusing on political and social trends and the prevailing atmosphere.

In addition, I prepared — and assisted my subordinates in preparing — hundreds of research papers, staff papers, articles, anthologies, and studies in civilian matters. These were used by the decision-making echelons at the Ministry of Defense, the office of the Coordinator of Government Activities in the Territories, and at the field level of the Central Command.

Almost all of the papers from that period, as well as hundreds of papers written at a later time, were given a security classification. Therefore, they could not be publicly published.

7. Between the years 1993-1996 I participated in the negotiations for the Oslo Accords and was a member of the teams that negotiated the transfer of civilian powers and responsibilities from the Civil Administration to the Palestinian Authority.

8. From 1996 to 1998 I served as Supervisor for civilian coordination and liaison in the West Bank vis-à-vis the Palestinian Authority's Ministry of Civil Affairs, and other civilian offices.

9. In 1998 I was appointed by the former Chief of Staff of the Israel Defense Forces, Shaul Mofaz, and the Minster of Defense, Yitzhak Mordechai, to serve as Department Head for Palestinian Affairs in the West Bank. I continued in this position until the year 2000, at a rank of Colonel.

10. From 2001-2009 I served as Department Head for Palestinian Affairs in the Administered Territories, and as the Advisor to the Coordinator of Government Activities in the Territories. By virtue of these positions I became the top authority on the socio-economic civilian situation in the West Bank and Gaza and was responsible for writing hundreds of surveys and studies about civilian conditions, political and social trends, the economic atmosphere and its influence, and other diverse civilian issues connected to the civilian Palestinian realm. Naturally, there was some overlap into the military sphere, and to activities connected with terror organizations like Hamas, the Islamic Jihad, the Democratic Front for the Liberation of Palestine, and Global Jihad. In addition, each year I was responsible for writing and updating a comprehensive survey regarding the civilian infrastructure of the Hamas — the *Da'wa*.

11. From January 2009-present, I continue to serve in the Israel Defense Forces reserves where I function from time to time as the emergency Department Head for Palestinian Affairs in the Administered Territories for the Coordinator of Government Activities in the Territories. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian realm, including in all matters relevant to the current terror wave, its different characteristics, the profile of the terrorists who are carrying out attacks and the influence of the Palestinian powerbrokers on this terror wave.

## **MEDIA**

Because of my unique knowledge of the Palestinian realm, and as a respected authority on the subject, I am frequently asked to provide background information to the media. During the last ten years of my IDF service, around once or twice per week, I gave both background and in-depth talks to senior Israeli journalists that deal in Palestinian and military issues, along with foreign correspondents of the international media in Israel. In addition, I am a popular commentator for the Israeli Press, which considers me an expert on everything regarding Palestinian affairs, and am often interviewed on Arabic television

stations. I recently appeared on Israel's Channel 1's "A Second Look" on a program titled "The Color of Terror Money," available at the following link:

http://www.iba.org.il/program.aspx?scode=1930171

## ACADEMIC COUNSEL

During my last ten years in the IDF, I was frequently invited to lecture or participate in panels at symposiums, conferences, seminars, and scientific meetings that take place on behalf of universities and research institutes in Israel. I continue to lecture in academic settings on occasion.

## APPEARANCE AS AN EXPERT WITNESS IN U.S. COURTS

I have been admitted as an expert witness in four civil terrorism cases in the United States Federal District Court for the Eastern District of New York.

- *Linde et al v. Arab Bank, PLC*, 1:04-cv-02799 (Judge Nina Gershon)

  "Mr. Spitzen's professional experience and independent research qualify him to offer the opinions he provides in this case…. Plaintiffs have established Mr. Spitzen's expertise in all of the areas on which he proposes to testify."

- *Strauss et al v. Credit Lyonnais*, S.A., 1:06-cv-00702 (Judge Dora Irizarry)

  "While there may be legitimate questions as to whether Spitzen's 18–point test demonstrates definitively that the 13 Charities are alter egos under the standard previously discussed (*see supra* § III.B), his methodology is supported sufficiently to be admissible. Spitzen testified that the factors he used in his test are based upon those used by law enforcement authorities and other experts in determining whether an entity is controlled by Hamas, and that his methodology was approved by the Israel Security Agency ("ISA")…" 2013 WL 751283 (E.D.N.Y.) *23.

- *Strauss et al v. National Westminster Bank PLC*, 1:05-cv-4622 (Judge Dora Irizarry) (see above quote for *Strauss et al v. Credit Lyonnais, S.A.*)

- *Gill v. Arab Bank PLC*, 1:11-cv-03706 (Judge Jack Weinstein)

  "Mr. Spitzen's eighteen-factor analysis encompasses categories of information generally considered by experts who analyze entities believed to act for terrorist entities. His methodology passes muster under Daubert and Rule 702." *Gill II*, 2012 WL 5177592, at *6.

I have also been admitted as an expert in several other cases before federal district courts.

- *Fraenkel, et al. v. The Islamic Republic of Iran, et al*., Case No. 1:15-cv-01080 (D.D.C.) (RMC)

- *Braun, et al. v. The Islamic Republic of Iran*, et al., Case No. 1:15-cv-1136 (D.C.C.) (BAH)

- *Schwartz et al. v. Islamic Republic of Iran, et al*, No. 1:18-cv-01349 (D.D.C.) (RDM)

- *Weinstock, et al. v. Islamic Republic of Iran, et al.*, No. 17-cv-23272 .; *Weinstock, et al. v. Mousa Mohammed Abu Marzook*, No. 17-cv-23202;

I also served as an expert consultant to the plaintiffs' trial team in *Sokolow, et al. v. Palestine Liberation Organization, et al*., Case No. 04-0397 (S.D.N.Y.) in which the plaintiffs received a jury award of over $655 million in February 2015. That verdict was vacated for jurisdictional reasons and is currently on appeal.

## APPEARANCE AS AN EXPERT WITNESS IN ISRAELI COURTS

Over the years I have appeared dozens of times in Israeli military and civilian courts, including appearances and/or giving statements to the Supreme Court in a variety of matters that relate to the Palestinian realm. It should be noted that I was a key expert witness in the "Islamic Movement" case in Israel before the District Court in Haifa, in which I gave my opinion regarding the transfer of funds to civilian infrastructures and charitable organizations of the Hamas on behalf of radical foundations abroad, the Al Aqsa Foundation, Interpal, and the Charity Coalition.

## COUNSEL TO INSTITUTIONAL ORGANIZATIONS

By virtue of my position at the time of my service and today as a private citizen, I advised — and continue to advise — the Operation Coordinator in the Administered Territories and the Research Division of the Intelligence Department. During the last ten years of my service in the IDF, I also advised the National Defense Council, Israel security agencies, the Mossad, and others regarding the socio-economic political civilian situation in the territories controlled by the Palestinian Authority.

## LANGUAGES

I am fluent in Hebrew and Arabic and in English reading and comprehension. I also have an intermediate-level (or better) knowledge of Italian and Turkish.

## PUBLICATIONS

Spitzen, Arieh, "The Legal Entity" and Jewish Endowments in Jerusalem at the end of the 19th Century, Cathedra, Volume 19, April 1981, pp. 73-82.

Readings in Modern Israeli History (edited by Arieh Spitzen) / Jerusalem: The Hebrew University's Faculty of Humanities — Department of History of the Jewish People. Year: 1974.

APPENDIX B

**Sources Used for Section E.4: "Description of the Attack"**

Documents from the Israel Police: *Confirmation of a report of damage caused as a result of hostile activity against Israel*, Shomron Department of Investigations and Intelligence, Incident 430799/2015, Terminal File 4164-3593-15-8, dated October 1, 2015. The document includes a condensed description of the terror attack — with its location, its results, and the damage it caused — based on the police findings at the murder scene.

Report from the Israel Security Agency: https://www.shabak.gov.il/publications/Pages/NewItem61015.aspx

Report from the IDF spokesperson: https://www.idf.il/en/articles/hamas/security-forces-arrest-terrorists-who-murdered-2-israeli-civilians

Court documents — the following sentences, indictments, and verdicts against terrorists who belonged to the Hamas terror wing and who perpetrated the murder:

- Sentencing of Karam Rizq, Shomron Military Court, Case no. 3220/15, June 22, 2016.

- Verdict and sentencing, Yahya Haj Hamad, Shomron Military Court, Case no. 3219/15, June 22, 2016.

- Sentencing of Samir Kusa at Shomron Military Court, Case no. 3218/15, June 22, 2016.


The details of the terror attack, and of the part played by each participant, are also set out in the indictments, verdicts, and sentencings of the members of the Hamas terror cell's command echelon and operational cell responsible for the Attack, as cited throughout this Expert Opinion.

Examples from the news media:

- The Walla news site (in Hebrew): https://news.walla.co.il/item/2894622

- The Haaretz newspaper (in Hebrew): https://www.haaretz.co.il/news/politics/1.2742873

- The Ynet news site: https://www.ynetnews.com/articles/0,7340,L-4706203,00.html