UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTATE OF EITAM HENKIN,
et al.,

    *Plaintiffs,*

v.

THE ISLAMIC REPUBLIC OF IRAN,
et al.,

    *Defendants.*

Case No. 1:19-cv-1184-RCL

### ORDER

The Court entered default judgment against the Islamic Republic of Iran and the Syrian Arab Republic on July 12, 2021. ECF No. 63. It appointed Alan L. Balaran as special master regarding damages on August 4, 2021. ECF No. 65.

In the interest of expediency, the Court hereby **ORDERS** plaintiffs to submit a status report by **May 31, 2022**, and every thirty (30) days thereafter, detailing their efforts to provide proof of damages to the special master.

It is **SO ORDERED**.

Date: May 4, 2022

Royce C. Lamberth
United States District Judge

1