IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF EITAM HENKIN, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> THE ISLAMIC REPUBLIC OF IRAN, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Civil Action No. 1:19-cv-01184-RCL |

### MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATION AND FOR ENTRY OF FINAL JUDGMENT

Pursuant to the Administrative Plan (ECF No. 65), Plaintiffs now move the Court expeditiously to adopt the Special Master's Report and Recommendation (ECF No. 76) and enter, for all Plaintiffs and consistent with the Report and Recommendation, a final judgment, jointly and severally, against all Defendants—Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry of Intelligence and Security, Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, Bank Saderat Iran, and the Syrian Arab Republic. Plaintiffs propose that any opinion in support of the Court's order can then follow entry of that final judgment.

This motion is unfortunately urgent. On April 30, 2024, the Special Master overseeing the U.S. Victims of State Sponsored Terrorism Fund ("the Fund") announced the deadline for new applications of July 1, 2024, to be considered for a 2025 disbursement. This new deadline is shorter than any prior year since the Fund's existence and is earlier than any previous year. For Plaintiffs to be able to submit a valid claim to the Fund by July 1, they must, after final judgment is issued, take additional steps, including translating the final judgment, serving that judgment on Defendants, and completing the 17-page Fund application. Because the Fund sunsets in 2039 and

1

exhausts all available funds with each round of payments, additional payments beyond 2025 are not guaranteed.

Plaintiffs respectfully request the Court's expedited handling of this motion. The Special Master filed, just recently—the evening of Friday, June 14, 2024—a Report and Recommendation recommending compensatory and punitive damages awards for all Plaintiffs in this matter. (ECF. No. 176.) Plaintiffs have moved expeditiously to file this motion the next business day, Monday, June 17, 2024, after receiving and reviewing the Special Master's Report and Recommendation.

A proposed order is attached.

Dated: June 17, 2024

Respectfully submitted,

    */s/ Michael A. Petrino*
Michael A. Petrino (D.C. Bar No. 994060)
Jonathan E. Missner (D.C. Bar No. 475648)
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K Street, N.W.
Suite 600
Washington, D.C. 20006
Tel: (202) 737-7777
Fax: (202) 296-8312
mpetrino@steinmitchell.com

Gavriel Mairone (*pro hac vice*)
Adora Sauer  (*pro hac vice*)
**MM~LAW LLC**
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590
ctlaw@mm-law.com

*Counsel for Plaintiffs*

2