## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF EITAM HENKIN, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) Civil Action No. 1:19-cv-01184-RCL |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) |
| *Defendants.* | ) |

## ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION AND GRANTING FINAL JUDGMENT

Upon consideration of Plaintiffs' Motion to Adopt Special Master's Report and Recommendation and for Entry of a Final Judgment (ECF No. 77), and the entire record herein, the Court hereby **GRANTS** the Motion as to all Plaintiffs—Estate of Eitam Henkin, Estate of Naama Henkin, M.H.H., N.E.H., N.Y.H., and I.Z.H.—and against all Defendants—Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry of Intelligence and Security, Bank Markazi Jomhouri Islami Iran, Bank Melli Iran, Bank Saderat Iran, and the Syrian Arab Republic. With a Memorandum Opinion consistent with this Order forthcoming, the Court holds as follows:

1. Plaintiffs are awarded at total of $52,049,000 in compensatory damages in the following amounts against all Defendants, jointly and severally:

    a. Estate of Eitam Henkin: $2,549,000.00 in economic damage and $4,750,000.00 in pain and suffering damages for a total compensatory damages award of $7,299,000.00;

    b. Estate of Naama Henkin: $4,750,000.00 in pain and suffering damages;

    c. M.H.H.: $10,000,000.00 in solatium damages;

    d. N.E.H.: $10,000,000.00 in solatium damages;

    e.  N.Y.H.: $10,000,000.00 in solatium damages; and

    f.  I.Z.H.: $10,000,000.00 in solatium damages.

2. Plaintiffs are awarded a total of $179,048,560 in punitive damages against all Defendants, jointly and severally, consisting of the following amounts:

    a.  Estate of Eitam Henkin:  $25,108,560;

    b.  Estate of Naama Henkin:  $16,340,000;

    c.  M.H.H.: $34,400,000.00;

    d.  N.E.H.: $34,400,000.00;

    e.  N.Y.H.: $34,400,000.00; and

    f.  I.Z.H.: $34,400,000.00.

3. This Order is the final judgment for Plaintiffs to be served on all Defendants pursuant to 28 U.S.C. § 1608(e).

4. The Clerk of Court is directed (1) to not issue individual judgments for these claims, as this Order shall constitute that judgment; and( 2) to serve this judgment upon receipt of a translated version from plaintiffs pursuant to 28 U.S.C. §§ 1608(a)(3) and (b)(3)(B).

It is **SO ORDERED**

SIGNED this _____ day of June, 2024.

                                      Royce C. Lamberth
                                United States District Judge