IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF EITAM HENKIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:19-cv-01184-RCL |

### [PROPOSED] ORDER AUTHORIZING SERVICE OF JUDGMENT THROUGH DIPLOMATIC CHANNELS

For good cause shown, the Court hereby authorizes Plaintiffs to proceed to serve the final judgment immediately on Defendants the Islamic Republic of Iran, the Syrian Arab Republic, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence & Security through the U.S. Department of State pursuant to 28 U.S.C. § 1608(a)(4).

It is **SO ORDERED**

SIGNED this ____ day of June, 2024.

                                                                                          Royce C. Lamberth
                                                                                       United States District Judge