**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF EITAM HENKIN, *et al.*, *Plaintiffs*, v. THE ISLAMIC REPUBLIC OF IRAN, *et al.*, *Defendants*. | Civil Action No. 1:19-cv-01184-RCL |

**DECLARATION OF KEVIN L. ATTRIDGE IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE JUDGMENT PURSUANT TO 28 U.S.C. § 1610(c)**

I, Kevin L. Attridge, hereby declare as follows:

1. I am an attorney and counsel of record for Plaintiffs in this matter.

2. I submit this Declaration in Support of Plaintiffs' Motion to Enforce the Judgment Pursuant to 28 U.S.C. § 1610(c) against the Bank Defendants in this matter.

3. On December 4, 2025, I filed Plaintiffs' Motion for Leave to Effect Alternative Service by Email on the Bank Defendants (ECF 99).

4. The Court granted that motion and ordered served on the Bank Defendants by email on December 9, 202 (ECF 100).

5. On January 15, 2026, I served each of the Bank Defendants by email to the email addresses described in Plaintiffs' Motion (ECF 99). These emails notified the Bank Defendants of the judgment entered against them in this matter and attached: (1) a copy of the Notice Judgment, with accompanying translation into Farsi; (2) a copy of the Clerk's Certification of Default for the respective Defendant, with accompanying translation into Farsi; (3) a copy of the Order Adopting Special Master's Report and Recommendation and Granting Final Judgment, with accompanying

translation into Farsi; and (4) a copy of the Foreign Sovereign Immunities Act, with accompanying translation into Farsi.

6. True and correct copies of the service emails, with attachments omitted for ease of review, are attached to this Declaration as **Exhibit A** (Service on Bank Markazi), **Exhibit B** (Service on Bank Melli), and **Exhibit C** (Service on Bank Saderat).

7. As of the date of this Declaration, I have received no indication that this service was unsuccessful and did not reach the account of at least one, if not all, of the email addresses to which the service package was transmitted.

8. Service by email of the Final Judgment (ECF 78) and accompanying documents on the Bank Defendants, as ordered by the Court (ECF 100), was thus completed on January 15, 2026 and the Court's Order satisfied.

I submit the foregoing under penalty of perjury.

Dated: September 11, 2026

*<u>/s/ Kevin L. Attridge</u>*
Kevin L. Attridge (D.C. Bar No. 1012349)
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K Street, N.W.
Suite 600
Washington, D.C. 20006
Tel: (202) 737-7777
Fax: (202) 296-8312
kattridge@steinmitchell.com

*Counsel for Plaintiffs*