# EXHIBIT B

Outlook

## Notice of Judgment against Bank Melli Iran

**From** Kevin Attridge <KAttridge@steinmitchell.com>
**Date** Thu 1/15/2026 4:42 PM
**To** a.najarzadeh@bmi.ir <a.najarzadeh@bmi.ir>; shafiei-boardmember@bmi.ir <shafiei-boardmember@bmi.ir>; m.najafzadeh@bmi.ir <m.najafzadeh@bmi.ir>; m.shayan@bmi.ir <m.shayan@bmi.ir>; s.aziznejad@bmi.ir <s.aziznejad@bmi.ir>; am.razazan@bmi.ir <am.razazan@bmi.ir>; h.bahari@bmi.ir <h.bahari@bmi.ir>

8 attachments (1 MB)

FSIA - 28 USC 1602-1611 and 1330 and 1391-PDF[7].pdf; 2020.04.06 ECF 37 Clerk's Entry of Default as to BANK MELLI IRAN (modified).pdf; 2024.06.18- Notice of Default Judgment[26].pdf; 2024.06.18- Notice of Default Judgment_FA[25].pdf; 2020.04.06 ECF 37_FA.pdf; 2024.06.18 ECF 78_FA[90].pdf; FSIA - 28 USC 1602-1611 and 1330 and 1391-FARSI[37].pdf; 2024.06.18 ECF 78 Final Judgment[35].pdf;

To Whom It May Concern:

A judgment has been entered against Bank Melli Iran in the United States District Court for the District of Columbia in the matter of *Estate of Eitam Henken et al. v. The Islamic Republic of Iran et al.*, No. 1:19-cv-01184 (D.D.C.). Pursuant to an order of that Honorable Court, please find attached: (1) a copy of the Notice Judgment, translation into Farsi; (2) a copy of the Clerk's Certification of Default for the respective Defendant with translation into Farsi; (3) a copy of the Order Adopting Special Master's Report and Recommendation and Granting Final Judgment with translation into Farsi; and (4) a copy of the Foreign Sovereign Immunities Act with translation into Farsi.

Delivery of this email effects service of the judgment on defendant Bank Melli Iran.

Kind Regards,

**Kevin L. Attridge**
**Stein Mitchell Beato & Missner LLP**
2000 K Street, NW Suite 600
Washington DC 20006
**D** 202.661.0907
**C** 202.380.7870
kattridge@steinmitchell.com
www.steinmitchell.com

************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Stein Mitchell Beato & Missner LLP. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication

in error, please notify us immediately by reply or by telephone at (202) 737-7777, and immediately destroy this communication and all copies thereof, including all attachments.
**********************************************************