**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF EITAM HENKIN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-01184-RCL |

**[Proposed] Order**

Upon review of Plaintiffs' Motion for Entry of an Order Pursuant to 28 U.S.C. § 1610(c) regarding Defendants Bank Markazi, Bank Melli, and Bank Saderat (the "Bank Defendants"), the Motion is GRANTED and the Court hereby orders as follows:

1. A reasonable period of time has elapsed since the Court's entry of the June 18, 2024 Final Judgment (ECF 78) and the receipt of notice of that judgment the Bank Defendants on January 15, 2025, under 28 U.S.C. § 1610(c);
2. Plaintiffs may enforce the Final Judgment with respect to the Bank Defendants.

SO ORDERED on this the _____ day of ____________________________, 2026.

____________________________________
Hon. Royce C. Lamberth
United States District Judge